# **Index of Exhibits**

Exhibit A          Gulf Pines Hospital Records of Derrick Charles

Exhibit B          Houston   Northwest   Medical   Center   Psychiatric
                   Records of Nancy Phillips

Exhibit C          Affidavit of Leroy Phillip

Exhibit D          Transcript of Patillo Investigation Company Interviews

Exhibit E          Statement of Charges of Patillo Investigation Company

Exhibit F          Social Security Records of Nancy Phillips

Exhibit G          Houston Police Department Offense Report of Incident
                   between Leroy Phillips and Lincoln Charles

Exhibit H          Death Certificate of Herman Charles

Exhibit I          Autopsy Report of Herman Charles

Exhibit J          Dr. Lawrence Ginsberg Records Of Derrick Charles

Exhibit K          San   Jacinto   County   District   Clerk   Files   of   Joyce
                   Charles

Exhibit L          Letter   of   Dr.   Lawrence   Ginsberg   to   State   Habeas
                   Counsel Bob Wicoff

Exhibit M          Klein   Independent   School   District   Records   of   Derrick
                   Charles

Exhibit N          Texas Youth Commission Records of Derrick Charles

Exhibit O        Medicaid Records of Nancy Phillips

Exhibit P        Red Oak Psychiatric Associates Records of Nancy
                 Phillips

Exhibit Q        Confidential Psychological Evaluation Clinical
                 Interview & Mental Status of Nancy Phillips

Exhibit R        Report of Dr. Terry A. Rustin

Exhibit S        Texas Youth Commission Employee Data Sheet of
                 Simona McCowan

Exhibit T        Texas Youth Commission Summary Appraisal Forms
                 of Simona McCowan

Exhibit U        HighPoint North School Records of Derrick Charles

Exhibit V        TDCJ Classification RecordsOf Derrick Charles.

Exhibit W        Affidavit  of Bette Burke

Exhibit X        UTMB Managed Care/TDCJ Records Of Derrick
                 Charles.

Exhibit Y        Affidavits of Connie Williams

Exhibit Z        Crowley Voucher

Exhibit AA       *In Camera* Hearing

Exhibit BB       Transcript of December 15, 2005 *Castellano* Pretrial
                 Hearing finding Sid Crowley ineffective

Exhibit CC        Petitioner's    Original    Disciplinary    Petition
                  *Commissioner for Lawyer Discipline v. James S.
                  Crowley*, Cause No. 05-CV-140898, 240th Judicial
                  District Court of Fort Bend County, Texas

Exhibit DD        Agreed Judgment of Public Reprimand Cause No. O5-
                  CV-140898, 240th Judicial District Court, Fort Bend
                  County, Texas

Exhibit EE        Order Granting Defendant's Motion for Investigative
                  Fee in Indigent Case

Exhibit FF        February 26, 2003 Pretrial Hearing

Exhibit GG        Letter from Dr. Jerome Brown May 14, 2003

Exhibit HH        Affidavit of Dr. Jerome Brown

Exhibit II        Derrick Charles Unsworn Declaration In State Habeas
                  Corpus Proceeding

Exhibit JJ        Affidavit of Alternate Juror Thomas Gregory Mayo

Exhibit KK        "The Team Concept in a Capital Case"

Exhibit LL        2001 Stetler article

Exhibit MM        Private   Investigator   Licensing   Application   of   Joe
                  Patillo

Exhibit NN        Declaration of Christine Bickham

Exhibit OO        Declaration of Lincoln Charles

Exhibit PP        Declaration of Lawrence Charles

Exhibit QQ        Declaration of Christopher Charles

Exhibit RR        Cypress Creek Hospital Records of Christine Bickham

Exhibit SS        Dr. Eileen Starbranch Records of Christine Bickham

Exhibit TT        Red Oaks Psychiatry Associates Records of Lawrence
                  Charles

Exhibit UU        Affidavit of Joe Patillo from *Ex Parte Geno Capoletti
                  Wilson*

Exhibit VV        Affidavit of Connie Williams from *Ex Parte John
                  Reyes Matamoros*

Exhibit WW        Affidavit of Connie Williams from *Ex Parte Derrick
                  Sean O'Brien*

Exhibit XX        Affidavit of Willie Tyrone Trottie

Exhibit YY        Affidavit of Connie Williams from *Ex Parte Robert
                  Mitchell Jennings*

Exhibit ZZ        Connie Williams Judgment and Findings of Facts &
                  Conclusions of Law

Exhibit AAA       Connie Williams Orders to File and Show Cause

# Exhibit
# A

Gulf Pines Hospital Records
Of Derrick Charles

No. 941969A

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 184th DISTRICT |
| VS. | § | COURT IN AND FOR |
| Derrick Charles | § | HARRIS COUNTY, TEXAS |

## AFFIDAVIT

Before me, the undersigned authority, personally appeared Julie Timpe who, being by me duly sworn, deposed as follows:

My name is Julie Timpe, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of records of The Brown Schools Attached hereto are 242 pages of records from The Brown Schools These said 242 pages of records are kept by The Brown Schools in the regular course of business, and it was the regular course of business of The Brown Schools for an employee or representative of The Brown Schools, with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are exact duplicates of the original.

_____
AFFIANT

SWORN AND SUBSCRIBED to before me, the undersigned authority, while engaged in, and related to, the performance of my duties as a peace officer on this the 11th

day of _____March_____, 2005.

_____
Larry Winkelmann, Investigator
Harris County District Attorney's Office
Houston, Texas

STATE'S
EXHIBIT
A

PENGAD 800-631-6989

205 HOLLOW ____ _____ HOSPITAL   ADMIT DATE   XXX

JUSTON TEXAS   77090

| | 1 MEDICAL RECORD NO. 004834 | | BILLING NO. 431716 | 3 A/R NO. 431716 |

| 4 PATIENT'S LEGAL NAME (L, F, MI) CHARLES DERRICK | 5 SEX M | 6 RACE B | 7 BIRTHDATE 09-06-1982 | 8 AGE 010 | 9 HEIGHT | 10 WEIGHT | 11 SS | 12 MS S | 13 RELIGION/CHURCH / |

17183 IMPERIAL VALLEY #227   CITY/STATE HOUSTON   ZIP=77060   TX 445-5617   16 TELE 713

| 17 ES | 18 PATIENT'S EMPLOYER | | 19 EMPLOYER ADDRESS | CITY/STATE | | 20 TELE |

| 21 SOCIAL SECURITY NO. | 22 EMPLOYEE ID | 23 LOE | 24 OCCUPATION | 25 | 26 LOR | 27 COUNTY CODE 201 | 28 COUNTY HARRIS |

31 30 RESPONSIBLE PARTY PHILLIPS NANCY   17183 IMPERIAL VALLEY #227   CITY/STATE HOUSTON   ZIP=77060   TX 445-5617   32 TELE 713

| 33 ES N | 34 RESPONSIBLE PARTY'S EMPLOYER | | 35 EMPLOYER ADDRESS | CITY/STATE | | 36 TELE |

| 37 SOCIAL SECURITY NO. | 38 EMPLOYEE ID | 39 LOE | 40 OCCUPATION | 41 | 42 LOR | 43 COUNTY CODE 201 | 44 COUNTY HARRIS |

NONE

DATE OF ADMISSION: _3/9/93_   DATE OF DISCHARGE: _3/11/93_

HOUR OF ADMISSION: _____   HOUR OF DISCHARGE: _____

TOTAL DAYS: _____   ADMITTING PHYSICIAN: _____

## FINAL DIAGNOSES

CODES

313,81
296,20

AXIS I:
Oppositional Defiant Disorder
Depressive disorder, NOS

AXIS II:   No dx

AXIS III:   R/O Partial Complex Seizure Disorder

ADMITTING
DIAGNOSES
CODES:

AXIS IV:   3

AXIS V:   GAF - 45 on discharge

DISCHARGE STATUS:
- [ ] HOME                01
- [ ] OTHER HOSPITAL 02
- [ ] SNF                 03
- [ ] ICF                 04
- [ ] HOME HEALTH  06
- [ ] AMA                 07
- [ ] EXPIRED         20
- [ ] OTHER_____ 05

PROCEDURES/OTHER: _____

CONSULTANTS: _____

I HAVE EXAMINED AND APPROVED THIS COMPLETE MEDICAL RECORD   PHYSICIAN SIGNATURE   DATE 3/11/93

**FACE SHEET**

*HCA GULF PINES HOSPITAL*

*DISCHARGE SUMMARY*

*PATIENT NAME:   DERRICK CHARLES*            *DATE OF ADM:   03/09/93*
*PATIENT NO:    00-48-34*                    *DATE OF DIS:   03/11/93*
*ATTENDING PHYSICIAN:   LAWRENCE D. GINSBERG, M.D.*

*ADMITTING DIAGNOSES:*

*Axis I:     Oppositional Defiant Disorder*
*            Depressive Disorder, Not Otherwise Specified*
*Axis II:    No Diagnosis*
*Axis III:   Rule Out Partial Complex Seizure Disorder*
*Axis IV:    (3)*
*Axis V:     GAF - 30 - On Admission*

*FINAL DIAGNOSES:*

*Axis I:     Oppositional Defiant Disorder*
*            Depressive Disorder, Not Otherwise Specified*
*Axis II:    No Diagnosis*
*Axis III:   Rule Out Partial Complex Seizure Disorder*
*Axis IV:    (3)*
*Axis V:     GAF - 45 - On Discharge*

*REASON FOR ADMISSION:  This is the first HCA Gulf Pines Hospital
admission for this 10 year old Black male.  The patient was
initially evaluated in the office on the day prior to admission
in the presence of his mother and stepfather.  The patient had
been violent towards his peers at home and at school.  He had
been depressed.  In school the patient lost his temper, argued
with adults, refused chores.  He was easily annoyed, he was angry
and resentful and blamed others for his actions.  He had
witnessed violent behavior between mother and stepfather.  The
patient had been suspended from school.  The patient was admitted
because of serious dysfunctionality at home and at school.*

*MENTAL STATUS EXAMINATION ON ADMISSION:  The patient was casually
dressed.  He was not verbal.  His affect was blunted.  His mood
was depressed.  His associations and thought processes were
appropriate.  There was no evidence of delusions, hallucinations,
or suicidal ideations.  His short term memory was fair to good.
His orientation was X 3.  He was alert.  His intellectual
functioning was good.*

*HCA GULF PINES HOSPITAL*

*DISCHARGE SUMMARY*

*PATIENT NAME: DERRICK CHARLES*                    *PAGE 2*

*PHYSICAL EXAMINATION ON ADMISSION: As per Dr. James P. Zucconi. Skin showed some dryness as well as on the elbows and anterior knees. Heart rate was 66. Respiratory rate was 14. He had some slurring of speech but was understandable. The rest of examination was unremarkable.*

*LABORATORY DATA: March 10th, urine drug screen was negative. March 10th, urinalysis was within normal limits except for 1+ mucous. CBC was within normal limits. Chemistries were within normal limits except for total bilirubin of 1.3, total cholesterol of 218, LDL cholesterol 137. Hypothyroid panel was within normal limits. RPR was non-reactive. Folic acid level and Vitamin B12 level was within normal limits. Electrocardiogram on admission revealed sinus rhythm, QT 0.36.*

*HOSPITAL COURSE: The patient was treated on the Children's Psychiatric Unit with daily physician visits, individual therapy, family therapy, group therapy, activities therapy, and biofeedback. On the second day of admission patient's mother because she missed her child signed a 24 hour letter requesting discharge. The patient was discharged the following day by Art Smith, M.D. who was on call for me.*

*PROGNOSIS ON DISCHARGE: Is fair only with continued treatment.*

*DIET ON DISCHARGE: Regular.*

*PHYSICAL ACTIVITY: No restrictions.*

*MEDICATIONS ON DISCHARGE: None.*

*AFTERCARE: Dr. Smith instructed the patient's family to call me with regard to outpatient follow up. The patient's family will be instructed to repeat his bilirubin level as an outpatient.*

*LAWRENCE D. GINSBERG, M.D.*

*LDG:ld*
*DD: 04/06/93*
*DT: 04/07/93*



**HCA** ~~Gulf Pines~~ **Hospital**

205 Hollow Tree Lane
Houston, Texas 77090
Telephone (713) 537-0700

DISCHARGE

SUMMARY/PLAN

CHARLES DERRICK 10
M 09061982  030993
GINSBERG  160

| NURSING DISCHARGE SUMMARY | SOCIAL SERVICE DISCHARGE PLAN |
|---|---|
| **GENERAL INFORMATION** | **LIVING ARRANGEMENTS FOLLOWING DISCHARGE** |

**GENERAL INFORMATION**

Date of Discharge 3/11/93 Time _____

Discharge Status: ☑ MD Order  ☐ AMA  ☐ AMA Release Signed

Mode of Discharge: *ambulatory*

Accompanied by
Name *Nancy Phillips* Relationship *mother*

**CONDITION OF PATIENT ON DISCHARGE**

**MEDICAL STATUS:**

*stable*

**EMOTIONAL STATUS:**

*bright*

**MEDICATIONS**

Prescriptions to Patient/Other: ☐ Yes  ☐ No  ☐ Nonapplicable
List Medications:

| NAME | DOSAGE | FREQUENCY |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |

**Psychotropic** Medication Management Information provided to patient/other
via Medication Teaching Sheet(s).   ☐ Yes  ☐ No

Patient/Other instructed to contact physician/pharmacist for information concerning prescribed **NON-psychotropic** medications. ☐ Yes  ☐ No

**SPECIFIC INSTRUCTIONS/TEACHING** _____

*NONE*

**RESTRICTIONS:** *NONE*

**DIET** *reg*

**PHYSICAL ACTIVITY** *as tolerated*

**SIGNATURES**

Above information has been explained to me and I understand the contents.

X *Nancy Phillips* 3-11-93
Patient/Significant Other      Relationship

*M Jackson RNC* 3/11/93
Nurse      Date

---

**SOCIAL SERVICE DISCHARGE PLAN**

**LIVING ARRANGEMENTS FOLLOWING DISCHARGE**

With Whom/Name of Facility *mother - Nancy Phillips*

Address _____
_____

**FOLLOW UP CARE**

Community Agency/Individual recommended for aftercare:

Name *Dr. Ginsberg* Phone # 893-4111

Address _____

Initial Appointment Date *call Dr. monday*

Name _____ Phone # _____

Address _____

Initial Appointment Date _____

**Support Groups:**
☐ AA  ☐ NA  ☐ CA  ☑ GPH Aftercare  ☐ Multi-Family

Other _____

**Comments:** _____

*Tues 7-8 parent support*
*Wed 6³⁰-7³⁰ parenting skills*

**SCHOOL/VOCATIONAL/WORK/PLAN** _____
_____
_____
_____

**OTHER SIGNIFICANT INFORMATION** _____
_____
_____

Patient/Other Instructed to contact _____
should assistance be required following discharge.

**SATISFACTION SURVEY COMPLETED**  ☐ YES ☐ NO

I give permission for Gulf Pines Hospital to contact me at ☐ Home/
☐ Work, for a period not to exceed 6 months to determine my satisfaction
with services provided. I can be contacted at _____
between the hour _____ and _____.
Signed: _____

**SIGNATURES**

Above Information has been explained to me and I understand the contents.

X *Nancy Phillips* 3-11-93
Patient/Significant Other   Relationship   Date

_____         _____
Signature of Social Worker   Signature of Psychiatrist

---

White - Chart      Yellow - Patient      Pink - Unit

Rev. 2/91 603-012

CERTIFICATION OF PRE-ADMISSION EVALUATION

DATE _3/8/43_   TIME _1600_   LOCATION _ROPA_

FINDINGS/RECOMMENDATIONS: _Pt c violent + aggressive behaviors_
_+ depression Socially impaired. Susp. from School_
_Admission advised_

_____
Signature of Physician

## PHYSICIAN ADMITTING NOTE/PRELIMINARY PSYCHIATRIC ASSESSMENT/TREATMENT PLAN

### JUSTIFICATION FOR ADMISSION

Patient must meet one or more of the following criteria. Check applicable item(s).

_____ a. Recent suicide attempt (within 72 hours) or suicidal ideation requiring suicide precautions.

___✓___ b. Physically assaultive behavior threatening the life or safety of other persons.

_____ c. Self-mutilating behavior.

_____ d. Acute onset or exacerbation of psychotic symptoms (hallucinations, delusions, disordered thinking) of sufficient severity to jeopardize the patient's ability to live safely outside of a hospital.

___✓___ e. Acute deterioration of patient's behavior, coping skills or ability to care for self that creates a risk of harm to self or other persons.

___✓___ f. Acute onset of severe mental anguish that overwhelms the patient to the extent that the patient cannot function outside of a hospital.

_____ g. Meets DSM-III-R criteria for Major Depression (documented in Psychiatric Assessment).

_____ h. Meets DSM-III-R criteria for Mania (documented in Psychiatric Assessment).

_____ i. Meets DSM-III-R criteria for alcohol withdrawal delirium (documented in Psychiatric Assessment) or is in impending alcohol withdrawal delirium based on a history of severe alcohol dependence and abrupt cessation of alcohol intake.

_____ j. Severely disabled as a result of psychoactive substance-induced withdrawal, delirium, delusional disorder or amnestic disorder (DSM-III-R criteria documented in Psychiatric Assessment).

_____ k. Patient requires inpatient treatment and rehabilitation for psychoactive substance dependence based on:
   (All four of the following must be met)
   1) extensive or prolonged use of psychoactive substance(s); and
   2) significant impairment of health or of family, social, occupational or academic functioning as a result of substance dependence; and
   3) complicating medical problems (including residual impairment secondary to psychoactive substance withdrawal, delirium, delusional disorder or amnestic disorder) or failure of a structured outpatient rehabilitation program to achieve abstinence from psychoactive substances; and
   4) a reasonable medical expectation that inpatient treatment and rehabilitation will improve the patient's ability to maintain abstinence from psychoactive substances upon which the patient is dependent.

_____ l. Patient requires inpatient treatment and rehabilitation for psychoactive substance dependence based on a reasonable medical determination that such inpatient treatment and rehabilitation are necessary to significantly reduce the risk of:
   1) rapid deterioration of patient's behavior, coping skills, or ability to care for self that creates risk of harm to self or other persons; or
   2) relapse or continuing psychoactive substance use resulting in significant impairment of health or of family, social, occupational, or academic functioning.

_____ m. Other _____

_____

_____

**IMPORTANT: EACH CRITERION CHECKED ABOVE MUST BE REFLECTED IN THE PATIENT'S PSYCHIATRIC ASSESSMENT.**

*(CONTINUED ON BACKSIDE OF FORM)*

**HCA** **Gulf Pines Hospital**

Rev. 7-92
700-020

431716
CHARLES DERRICK   10
M  09061982   030993
GINSBERG   160

PRELIMINARY PSYCHIATRIC ASSESSMENT

1. Chief complaint (in patient's own words if possible) _____
   _violent behaviors / sene agnes toward behaviors_

2. History of present illness including alcohol/drug use and precipitants justifying hospitalization:
   _violent towards people here + in school. Aggressive at school, loses temper, argues c adults, refuses chores, touchy + easily annoyed, angry + resentful, blames others. Has witness mother step-fa's violent behavior towards each other. Now suspended from school._

3. Known physical status and allergies: _broke (R) leg, use at 8 wks of age. Broke toe 4/65. Stitches occ. He dressed, (L) elbow arm broken 3 months age_

4. Brief mental status:

   a. General appearance/behavior _casually dressed, relatively non verbal_

   b. Affect/Mood _affect blunted. Mood depressed_

   c. Associations and thought processes _appropriate_

   d. Thought content and structure (including delusions, hallucinations, suicidal ideation)
      _No delusions / hallucinations / Suicidal ideation_

   e. Cognitive functions:

      - Memory _Short term fair to good_

      - Orientation _X 3_

      - Intellectual functioning _good_

5. Inventory of patient's assets _(1) family supportive of pt_

6. Provisional Diagnosis: Axis I. _Oppositional Defiant Disorder, Depressive Disorder, NOS_
                           Axis II. _No dx_
                           Axis III. _R/O history conduct Seizure Disorder_

7. Criteria for Discharge _euthymia, ↓ violent behaviors_
   _Reintg into family dynamics_

8. Projected length of stay _2-3 yrs_

9. Preliminary discharge plan _Home vs RTC_

10. Physician preliminary plan of care:

| Focus of Treatment | Goals |
|---|---|
| violent behaviors | eliminate |
| dysphoria | euthymia |

Admitting Physician _____  Date _3/9/92_  Time _1315_

DF PATRICK 16
160 03902010
030093  982 21985

Attending Physician _____  Date _____  Time _____

**Gulf Pines
Hospital**                    PHYSICIAN ADMITTING ORDERS - *CHILDREN'S PROGRAM*

I. **THE HISTORY AND PHYSICAL** is to be completed within 24 hours by:

_____ Attending Physician          ✓ Other (please name) _Zuccani MD_

II. **VITAL SIGNS** _____ Routine          ✓ Special (indicate frequency) _q Shift_

III. **LAB AND RADIOLOGY**
   ✓ Care Panel          ✓ CBC w/DIFF.          ✓ Hypothyroid Panel ( T4, T3 Uptake, FTI, TSH)
   ✓ Comprehensive Toxicology          ✓ UA          ✓ RPR          _____ Urine Pregnancy          ✓ EKG
   ✓ Other: _Pb level, VIII B12 level, Serum folate_          _Stage deprived EEG_

   **CLINICAL JUSTIFICATION (s)**
      ✓ R/O Metabolic Disorder          ✓ R/O Infectious Disease
      _____ R/O Pregnancy          _____ R/O Toxicity
      ✓ Other: _R/O Organic disorder_

IV. **DIET:** _____ ✓ Regular          _____ Special (SPECIFY): _____

V. **PRECAUTIONS**
   _____ No Precautions
   _____ Suicide (15 min. checks)          _____ Seizure/Medical (30 min. checks)
   ✓ Assault/Homicidal (15 min. checks)          _____ Detox (30 min. checks)
   _____ Elopement (15 min. checks)

   **CLINICAL JUSTIFICATION (s):** _Has been assaultive at home + school_
   _____
   _____

VI. **THERAPEUTIC RESTRICTIONS**
   ✓ No Restrictions
   _____ Unit Restriction (7-Day Expiration)
   _____ Indoor Facility Restriction (3-Day Expiration)
   _____ Physical Search for Contraband

   **CLINICAL JUSTIFICATION (s):** _____
   _____
   _____

VII. **THERAPEUTIC COMMUNICATION LIMITATIONS (ALL EXPIRE IN 7 DAYS)**
   ✓ No Limitations          _____ Telephone          _____ Mail          _____ Visitors

   **CLINICAL JUSTIFICATION (s):** *SPECIFY EXACT LIMITATIONS*, (eg. when limited from
   telephone, what mail/visitors are limited), *DURATION OF LIMITATIONS, AND JUSTIFICATION
   FOR EACH LIMITATION)* _____
   _____
   _____

(Continued on back)

431716

CHARLES DERRICK   10
M   09061982   030993
GINSBERG   160

## VIII. ASSESSMENT ORDERS

_____ Psychosocial Assessment

_✓__ Psychological Evaluation,       ___✓___ Full Battery       _____ Brief Battery

by whom: _Karen Kedus, Psy D   notified ⟩_

_✓_ Educational Assessment, by whom: _John Gold Star, PhD  notified ⟩_

_____ Other: _____

## IX. THERAPY ORDERS

Assessment Program:

_✓_ SUCCESS          _✓_ RT          _✓_ ROPES

_✓_ Individual Therapy/Program Counseling; by whom: _Sandra Moore, LPC ⟩ notified_

_____ Family Therapy/Family Program Counseling; by whom: _Sandra Moore, LPC ⟩_

_✓_ Other: _Tai chi_____

_____ Other: _____


_____      _3/9/93_____

Admitting Physician                  Date


_____      _____

Attending Physician                  Date


_noted M Jackson RN_                 _3/9/93_____

Signature of Nurse                   Date

SHIRLEY
CAREERS HERRICK  10
CRASBRX MS  02 14 82  03/09/1
060 0x182910

| | | |
|---|---|---|
| AFTER DOCTOR WRITES A MEDICATION ORDER<br>1. Remove yellow and pink copies.<br>2. Dispatch yellow copy to the Pharmacy and the pink copy to the Medication Nurse.<br>3. After copy 3 is used "X" out remaining unused lines. | **Use Ball Point – Press Firmly** | Another brand of a generically equivalent product, identical in dosage form and content of active ingredient(s) may be administered if column is not checked |

| DATE | TIME | ORDERS | |
|---|---|---|---|
| 3/9/93 | 1315 | Admit to Unit 5 - Children's Unit | |
| | | ✓ DX ① Oppositional Defiant Disorder | |
| | | ✓ ② Aggressive Disorder, NOS | |
| | | Regular mattress | |
| | | Prof call back 8X/wk. | |
| | | ✓ Tylenol X grains q 4° PRN fever/pain | |
| | | ✓ MOM 15 cc PO bid PRN constipation | |
| | | ✓ Mylanta 15 cc PO q 4° PRN indigestion | |
| | | Child Psychiatry Consult Dr. _____ notified | |
| | | _____ M.D. | |
| | | noted 3/9/93 1550 m Jackson RN | |
| 3-10-93 | 2° chart ✓ E. Booth RN | | |
| 3/10/93 | 915 | Dr. Smith to Cover 3/10/93 5PM to 3/15/93 7AM | |
| | | _____ | |
| | | 3/10 0930 H Lev/Mar RN | |

| | |
|---|---|
| ALLERGIES<br>NKA | Height: 54"<br>Weight: 77 lbs |

DX: Oppositional Defiant Disorder
② Aggr Depressive Disorder NOS

PATIENT INFORMATION
431716
CHARLES DERRICK   10
M  09061982   030993
GINSBERG  140
004834  85

| | | |
|---|---|---|
| | | **AFTER DOCTOR WRITES A MEDICATION ORDER**<br>1. Remove yellow and pink copies.<br>2. Dispatch yellow copy to the Pharmacy and the pink copy to the Medication Nurse.<br>3. After copy 3 is used "X" out remaining unused lines. |

## Use Ball Point – Press Firmly

Another brand of a generically equivalent product, identical in dosage form and content of active ingredient(s) may be administered if column is not checked

| DATE | TIME | ORDERS | ✓ |
|---|---|---|---|
| 3/10/93 | 12³⁰ | ① History & physical doctors & complete | |
| | | ② Cleared for all activities | |
| | | ③ Lori lotion to dry skin pm → WD H.S. daily | |
| | | *[signature]* 1330 3/10 *[signature]* | |
| 3-11-93 | 24° chart / E. Booth RN | | |

ICA NUR-1040/A

**ALLERGIES**

PATIENT INFORMATION

431716
CHARLES DERRICK   10
R  09061982   030993
GINSBERG  160

004834   05

MITTER

01  XJIRR3Q SJJRAHJ
E99QE0  S8€F80€J   4
Q4F  88385R13

GULF PINES HOSPITAL

| ☐ **DISCHARGE ORDERS**<br>Patient to be discharged on _3/11/93_ | ☐ **TRANSITION ORDERS**<br>From: ___<br>    Level of Care  Program  Date<br>TO: ___<br>    Level of Care  Program  Date |
|---|---|

Primary Discharge Diagnoses:  Axis I: _(1) oppositional defiant d/o_
                               _(2) depressive d/o — NOS_
               Axis II: _no dx_
               Axis III: _no dx_

Physical Activity Limitations _none_       Diet _regular_

Current Medications
1. _∅_
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____

May patient take home own medications? ☑ Yes ☐ No     Prescriptions Written? ☐ Yes ☑ No

Aftercare
1. Psychiatric Follow up with: _to call Dr. Ginsberg on Mon._
2. Labs as Outpatient; Specify: _____
    Where _____ When _____
3. IT with: _____
4. FT with: _____
5. Aftercare Group(s) at GPH _____
6. Outpatient/Community Group(s); Specify: _____
7. Other Medical Follow up with: _regular M.P._
8. Other: _____

Other _____

_[Physician's Signature]_      _3/11/93_   _1115_
Physician's Signature         Date      Time

_[Nurse's Signature]_      _3/11/92_   _330_
Nurse's Signature         Date      Time

```
431716
CHARLES DERRICK      10
09061982      030993
GINSBERG  160
004834   US
```

700-023      White - Chart;   Yellow - Pharmacy;   Pink - Medical Record Department

MEDICATION RECORD

ACTIVITY:
ALLERGIES: NKA

SEX:
DIET:
ADMISSION #
Dr.

AGE:
WEIGHT:
ADM DATE

| START | ** P R N S ** MEDICATION * P R N | 3/9/93 | 3/10/93 | 3/11/93 | 3/2/93 | 3/3/93 | 3/4/93 | 3/15/93 | 3/16/93 |
|---|---|---|---|---|---|---|---|---|---|
| 3/9/93 3:15AM 3/8/93 | Tylenol II grain i P.O. q 4 prn fever pain | | | | | | | | |
| 3/9/93 | MOM 15cc P.O. BID PRN constipation | | | | | | | | |
| 3/9/93 | Mylanta 15cc P.O. q 4° PRN indigestion | | | | | | | | |

| Initials | Name & Profess. Designation : | Initials | Name & Profess. Designation : | Initials | Name & Profess. Designation : |
|---|---|---|---|---|---|
| | | | | | |

431716

CHARLES DERRICK 10
M 09061982 030993
GINSBERG 160

004834 US

HCA GULF PINES HOSPITAL

HISTORY AND PHYSICAL

PATIENT NAME:    DERRICK CHARLES          DATE OF ADM: 3/9/93
PATIENT NUMBER:   00-48-34
ATTENDING PHYSICIAN:  LAWRENCE GINSBERG, M.D.
AUTHOR OF REPORT:     JAMES P. ZUCCONI, M.D.
DATE OF REPORT:   MARCH 10, 1993

According to Derrick, who is a ten year old Black male, he is
being hospitalized here at Gulf Pines Hospital for being suspended
at school, talking back to teachers, and not doing work.  Documentation on the chart shows oppositional behavior.

PAST MEDICAL HISTORY: This child has been well.
He says there is no past psychiatric or somatic hospitalizations.
He did varicella in the past.  No surgeries and no past
hospitalizations.  No history of broken arms or lacerations.

No important dental history.  Patient claims he has an allergy
to chocolate and he is on no present medications.

As far as a diet, the patient does not utilize alcohol, tobacco,
caffeine, or recreational drugs.

Derrick lives at home with his mother, father, and an eleven
year old brother with whom he fights but according to the patient,
not too bad.

REVIEW OF SYSTEMS:  The skin shows some distal dryness as well
as on the posterior elbows and anterior knees and Keri lotion
will be applied to these areas.  He has no signs of shortness
of breath, difficulty with breathing, periumbilical pain, heart
palpitations, vision, or hearing deficit.   No complaints of
chronic constipation, dysuria, ambulation, or balance problems.

On examination, the head shows no signs of trauma.  Tympanic
membranes and ears normal.  Conjunctiva of the eyes normal as
well.  The pupils are equal and reactive to light and accommodation.
The patient has no anterior or posterior cervical nodes palpable.
The chest is clear upon auscultation.  There are no rales, rhonchi,
or wheezing.  The abdomen is soft and there is no liver or spleen
palpable.  There is no heart murmur.  The heart rate at 66, respiratio
at 14.   The patient is a non-circumcised male.  Testes x 2, down
and palpable.  There are no signs of either axillary or genital
hair appreciated.  There is some enlargement of the testes and
Tanner for the genitalia is stage II.

Patient is 5/5 muscle power.  He can do jumping jacks, deep knee
bends, walk on his heels and toes without abnormality.  Romberg
is negative.  His finger to nose and heel to shin coordination
is appropriate.          (continued on page 2)

## HCA GULF PINES HOSPITAL

### ADMISSION PSYCHIATRIC ASSESSMENT

PATIENT NAME:  DEREK CHARLES          DATE OF ADM:   03/09/93
PATIENT NO:   00-48-34
ATTENDING PHYSICIAN:   LAWRENCE D. GINSBERG, M.D.
DATE OF DICTATION:   03/09/93

CHIEF COMPLAINT:  Violent behavior as well as severe oppositional behavior.

HISTORY OF PRESENT ILLNESS:  This is the first HCA Gulf Pines Hospital admission for this 10 year old Black male.  The patient was initially evaluated in the office the day prior to admission in the presence of his mother and stepfather.  The patient had been violent towards his peers at home and at school.  He had been depressed in school.  The patient loses his temper, argues with adults, he refuses chores, he is ~~touch and~~ easily annoyed, he is angry and resentful and blames others for his actions.  He has witnessed a violent behavior between mother and stepfather. The patient has been suspended from school.  The patient is admitted because of his severe dysfunctionality at home and at school.

DEVELOPMENTAL HISTORY:  The patient lives with mother and stepfather and brother who is age 11.  His 11 year old brother is doing well.  No religious preference is noted.  He is in the 3rd grade at Calvert Elementary in the Aldine Independent School District.  Problems in school are as noted above.

PAST MEDICAL HISTORY:  Is remarkable for seizures at eight weeks of age.  The patient was premature and weighed four pounds at birth.  The patient stutters occasionally when stressed.  He had a left elbow iron burn three months ago.

FAMILY HISTORY:  The patient has a cousin who has Attention-Deficit Disorder.  Paternal uncle has sickle cell anemia. Paternal aunt has diabetes.

MENTAL STATUS EXAMINATION ON ADMISSION:  The patient is casually dressed.  He is relatively non-verbal.  His affect is blunted. His mood is depressed.  His associations and thought processes are appropriate.  There is no evidence of delusions, hallucinations, or suicidal ideations.  His short term memory is fair to good.  His orientation is X 3.  The patient is alert. His intellectual functioning is good.

ASSETS:  The patient's family is supportive of treatment.

HCA GULF PINES HOSPITAL

ADMISSION PSYCHIATRIC ASSESSMENT

PATIENT NAME:  DEREK CHARLES                         PAGE 2


DYNAMIC FORMULATION:  The patient is demonstrating oppositional
and defiant behaviors.  In addition, it appears the patient may
be depressed.  He has few neurovegetative symptoms of depression
but he has some depressive equivalents.  In addition the patient
had a seizure at eight weeks of age and has violent behaviors.
The possibility of a Partial Complex Seizure Disorder cannot be
ruled out.

PROVISIONAL DIAGNOSIS:

Axis I:    Oppositional Defiant Disorder
           Depressive Disorder, Not Otherwise Specified
Axis II:   No Diagnosis
Axis III:  Rule Out Partial Complex Seizure Disorder
Axis IV:   (3)
Axis V:    GAF - 30 - On Admission


TREATMENT PLAN:  The patient will be treated with full modalities
on the Children's Unit.  He will have daily physician visits,
individual therapy, family therapy, group therapy, activities
therapy, and biofeedback.  He will have a physical examination,
laboratory evaluation, and psychological testing.  Medications
will be deferred until evaluation is completed.


_____
LAWRENCE D. GINSBERG, M.D.

LDG:ld
DD: 03/09/93
DT: 03/10/93

PSYCHOLOGICAL REPORT

Name: Derrick Charles                MR#: 4834
Age: 10                                            Adm:3/9/93
Date of Birth: 9/6/82
Date of examination:3/10/93
Examiner: Karan Redus, Ph.D.
Date typed: 3/15/93

REASON FOR REFERRAL

Derrick was referred for psychological evaluation by Dr.
Larry Ginsberg, M.D., after Derrick's admission to Gulf
Pines Hospital. Ther purpose of this evaluation was to aid
in diagnosis and treatment planning.


HISTORY

It was reported that this was Derrick's first
hospitalization at Gulf Pines, and that he had been admitted
due to increasing behavioral problems. It was reported that
he had become violent and oppositional toward peers and
adults at both home and school. He apparently had been
suspended from school recently. It was also reported that he
was arguing with adults, refusing classes was prone to
become easily annoyed, angry and resentful. Derrick reported
that he had not had any behavioral problems until this year,
but could not describe what if anything was  different about
this year in school.

It was reported that Derrick had a febrile seizure at 8
months of age. It was also reported that he walked and
talked at approximately 18 months of age. No other
significant illnesses or injuries were reported.

Derrick lives with his mother and stepfather, and it was
reported that he had witnessed some violent behavior between
them. Derrick denied the presence of hallucinatin, delusions
or sucidal ideation.


TECHNIQUES UTILIZED

Clinical Interview
Benton Visual Retention Test

Children's Apperception Test
Projective Drawing
Rorschach


## TEST BEHAVIOR

Derrick was a 10 year old male of approximately average
height and weight. He was appropriately groomed and casually
dressed. He appeared cooperative as he willingly went with
the examiner to the consultation room and completed all
assigned tasks upon first request. However, Derrick made
very little eye contact and he verbalized very little and
only in response to examiner questions.  During the testing
on several occassions questions had to be repeated as it
seemed as if he had not heard the question at all. It was
not clear whether this was due to inattention, preoccupation
or being unable to hear adequately. During parts of the
testing Derrick worked in a deliberate and purposeful
manner. In other parts of the testing he appeared to respond
in a somewhat hasty and impulsive manner. For example he
attempted to reach across the table for additional picture
cards before the examiner could hand him the card. On other
occassions he attempted to grab additional cards and give
answers while the examiner was trying  to inquire about a
previous answer. In all instances he accepted redirection
easily.


## RESULTS

On the Benton Visual Retention Test he obtained an error
score of 6 which was somewhat lower than would be expected
given his age and level of intellectual functioning. This
score indicated the absence of apparent impairments in
visual memory functioning.

Personality testing suggested that he tends to intermingle
feelings with thinking during problem-solving and decision-
making behaviors, and that he may be more inclined to
display feelings and less concerned about carefully
modulating or controlling those displays. There were also
indications of a laxness and apparent difficulty in
modulating affect, and he may thus have difficulty dealing
with emotional stimuli. In fact he may display a tendency to
avoid emotional stimuli or to be uncomfortable around
emotional situations. An important side effect of this
tendency is that  he may be avoiding or being overly
cautious in many of the every day exchanges that contribute
to development.

His self esteem appeared to be very low with likely feelings of being inadequate or unsuccessful. His self image is likely to include significant negative features and he may compare himself unfavorably to others. He may experience a significant sense of vulnerability. Although he may anticipate and seek harmonious interactions with others, he may also be somewhat cautious about creating and/or maintaining close emotional ties with others. In some of his responses there were themes of conflict in relationships with others, and he may see adults as being either somewhat emotionally aloof or as somewhat critical. He may struggle with angry feelings toward females. It also appeared that he may view relationships toward the world with a sense of doubt and discouragement and may tend to anticipate gloomy outcomes to his efforts regardless of the quality of that effort.

Derrick displayed a marked tendency to narrow or simplify stimulus fields. This style may promote negligence in translating information and can create the potential for a higher frequency of behaviors that do not coincide with social demands or expectations. He is likely to scan his environment in a hasty or haphazard manner and to thus miss or neglect critical bits of information, which can also lead to the risk of behaviors that do not coincide with social demands. He also displayed significant difficulty in shifting attention. It appeared that he is likely to make less conventional more individualized responses to stimuli, which may be the result of an orientation to maintain distance from and thus cope with an environment perceived as threatening, demanding or ungiving. In addition he appeared to have significant problems with perceptual accuracy. It appeared likely that irritating or painful affect was contributing to the perceptual and/or mediational difficutly he experienced.


SUMMARY


Derrick was a 10 year old male who appeared to have very low self esteem and who appeared to be experiencing irritating or painful affect that was interfering with his perceptual and/or mediational activities. He displayed a marked tendency to narrow or siimplify stimulus fields and to hastily or haphazardly scan his environment. Because he may miss, neglect or distort critical cues or bits of information, this style can create the potential for a higher frequency of behaviors that do not coincide with social demands or expectations. It also appeared that Derrick was likely to have difficulty in modulating affect and is more inclined to display feelings and be less

concerned about modulating or controlling those displays. He
may have a sense of hopelessnes or discouragement about his
relationships to the world and may expect gloomy outcomes
regardless of his efforts. Some of his responses suggested
that problems with impaired perceptual accuracy could be due
either to attentional and concentration problems,
neurological problems or decompensation and internal
preoccupation related to depressive affect. He did give an
unusually large number of responses to portions of the
testing ,which can be associated with a Bipolar process.
This along with the significant impairments in his cognitive
processing suggest that he will need to be monitored for the
possible development of more significant  affective and
cognitive disturbances. Also further testing could rule out
the presence of neurological problems.


DIAGNOSTIC IMPRESSIONS


Axis 1     Oppositional Defiant Disorder
                Depressive Disorder,NOS
                features of Attention Deficit Disorder
Axis11     see Educational assessment
Axis111    rule out seizure disorder
Axis1V     moderate
Axis V     35 on admission


RECOMMENDATIONS


1. Individual,group and family therapy is indicated, with a
focus on a structured behavioral program.
2. Derrick is in much more signficant distress than he
indicate verbally. Because his verbal skills appear to be
less well developed, Derrick will need significant help in
learning ways to successfully deal with his feelings.
Interventions should be made on a more concrete level. As
observed in the testing, writing and drawing appear to be
more comfortable modalities for Derrick and could be
utilized in helping him learn more appropriate coping
behaviors.
3. He will need self esteem building activities.
4. He would benefit from activities that provide structured
practice in increasing his purposeful attention and
concentration.
5. Because there was some question as to whether he was
accurately hearing the examiner at times, a hearing exam if
it has not been done, or a speech and language assessment
could be considered.

6. Despite his hesitance to verbalize, Derrick does appear to want positive interactions and does appear motivated to succeed and do well.


Karen Clark D170
Psychologist