NUMBER HOLDER

*DERRICK Charles*

SOCIAL SECURITY NUMBER

*456 73 1249*

EMPLOYEE/CLAIMANT/BENEFICIARY (if other than Number Holder)

## AUTHORIZATION FOR SOURCE TO RELEASE
## INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

| NAME AND ADDRESS OF SOURCE (include Zip Code) | RELATIONSHIP TO CLAIMANT/BENEFICIARY |
|---|---|
| | *mother* |

### INFORMATION ABOUT CLAIMANT/BENEFICIARY

| NAME AND ADDRESS (if known) AT TIME CLAIMANT/BENEFICIARY HAD CONTACT WITH SOURCE (include Zip Code) | DATE OF BIRTH *9 16 82* |
|---|---|
| | CLAIMANT/BENEFICIARY I.D. NUMBER (if known and different than SSN) (Clinic/Patient) |

APPROXIMATE DATES OF CLAIMANT/BENEFICIARY CONTACT WITH SOURCE (e.g., dates of hospital admission, treatment, discharge, etc.)

---

GENERAL AND SPECIAL AUTHORIZATION TO RELEASE MEDICAL AND OTHER INFORMATION IN ACCORDANCE WITH THE PROVISIONS OF THE SOCIAL SECURITY LAWS, THE DRUG ABUSE OFFICE AND TREATMENT ACT OF 1972 (P.L. 92-255), THE COMPREHENSIVE ALCOHOL ABUSE AND ALCOHOLISM PREVENTION, TREATMENT AND REHABILITATION ACT AMENDMENTS OF 1974 (P.L. 93-282), THE VETERANS OMNIBUS HEALTH CARE ACT OF 1976 (P.L. 94-581), THE VETERANS BENEFITS AND SERVICES ACT OF 1988 (P.L. 100-322), *AND THE TEXAS MEDICAL MALPRACTICE ACT, TEX. REV. CIV. STAT. ART. 4495b.*

I hereby authorize the above-named source to release or disclose to the *Secretary of Health and Human Services, and his/her agents,* the following information for the period(s) identified above:

1) All medical records or other information regarding my treatment, hospitalization, and/or outpatient care for my condition, including, *but not limited to,* psychological or psychiatric impairment, drug abuse and/or alcoholism, sickle cell anemia, *AIDS (acquired immune deficiency syndrome), AIDS — related complex (ARC) and HIV antibody testing.*

2) Information about how my impairment affects my ability to complete tasks and activities of daily living;

3) Information about how my condition affects my ability to work.

*The reason for the release of this medical information is to allow the named recipient to evaluate my claim for benefits under the Social Security Act.* I understand that this authorization, except for the action already taken, may be voided by me at anytime. If I do not void this authorization, it will automatically end when a final decision is made on my claim or one year from the date I signed the form, whichever is earlier. If I am already receiving benefits, the authorization will end when a final decision is made as to whether I can continue to receive benefits or one year from the date I signed the form, whichever is earlier.

### READ IMPORTANT INFORMATION ON REVERSE BEFORE SIGNING FORM BELOW

| ORIGINAL SIGNATURE OF CLAIMANT/BENEFICIARY OR PERSON AUTHORIZED TO ACT IN HIS/HER BEHALF | RELATIONSHIP TO CLAIMANT BENEFICIARY | DATE |
|---|---|---|
| *Nancy Phillips* | *mother* | JAN 08 '96 |

| STREET ADDRESS | TELEPHONE NUMBER (Area Code) |
|---|---|
| *17103 Imperial Vly. Apt 58* | *713 448 4203* |

| CITY | STATE | ZIP CODE |
|---|---|---|
| *Houston, TX* | | *77060* |

The signature and address of a person who either knows the person signing this form or is satisfied as to that person's identity are requested below. These are not required by the Social Security Administration, but without them the source might not honor this authorization.

| SIGNATURE OF WITNESS | STREET ADDRESS | |
|---|---|---|
| *Christine Bickler* | *15215 her Wood Forest* | *907* |

| CITY | STATE | ZIP CODE |
|---|---|---|
| *Houston* | *Texas* | *77049* |

## Explanation of Form SS-RVI-827, Authorization for Source to Release Information to the Social Security Administration (SSA)

We are requesting that you authorize the release of information about your impairment to us. Sources usually require this authorization before releasing information to us. Also, the law requires this authorization for release of information about certain conditions.

You can provide this authorization by signing a Form SS-RVI-827 – Authorization For Source to Release Information to the Social Security Administration (SSA) for each source identified during your disability interview or during the processing of your claim. We must inform you that because of various Federal disclosure laws, SSA cannot give an absolute pledge of confidentiality regarding information submitted in connection with your claim.

## PRIVACY ACT/PAPERWORK REDUCTION ACT NOTICE

The Social Security Administration is authorized to collect the information on this form under sections 205(a), 223(d) and 1631(e)(1) of the Social Security Act. The information on this form is needed by Social Security to make a decision on your claim. While giving us the information on this form is voluntary, failure to provide all or part of the requested information could prevent an accurate or timely decision on your claim and could result in the loss of benefits. Although the information you furnish on this form is almost never used for any purpose other than making a determination on your disability claim, such information may be disclosed by the Social Security Administration as follows:

(1) To enable a third party or agency to assist Social Security in establishing rights to Social Security benefits and/or coverage;

(2) to comply with Federal laws requiring the release of information from Social Security records (e.g., the General Accounting Office and the Veterans Administration); and

(3) to facilitate statistical research and audit activities necessary to assure the integrity and improvement of the Social Security programs (e.g., to the Bureau of the Census and private concerns under contract to Social Security).

These and other reasons why information about you may be used or given out are explained in the *Federal Register*. If you would like more information about this, any Social Security office can assist you.

DATE OF ADMISSION: _____ 9/20/95 _____     DATE OF DISCHARGE: _____ 10/6/95 _____
HOUR OF ADMISSION: _____     HOUR OF DISCHARGE: _____
TOTAL DAYS: _____     ADMITTING PHYSICIAN: _____

| FINAL DIAGNOSES | CODES |
|---|---|
| **AXIS I:**<br><br>Major Depression, recurrent | 296.30 |
| **AXIS II:**<br><br>No dx | |
| **AXIS III:**<br><br>No dx | |

**AXIS IV:** Endangering others   **AXIS V:** GAF - 60 → DC

PROCEDURES/OTHER: _____

CONSULTANTS: _____

I HAVE EXAMINED AND APPROVED THIS COMPLETE MEDICAL RECORD

PHYSICIAN SIGNATURE          DATE   10/6/95

FACE SHEET

ADMITTING
DIAGNOSES
CODES:

DISCHARGE STATUS:
☐ HOME               01
☐ OTHER HOSPITAL  02
☐ SNF                 03
☐ ICF                  04
☐ HOME HEALTH   06
☐ AMA                07
☐ EXPIRED          20
☐ OTHER _____    05

Charles Derrick
# 48-34

RIVENDELL OF AMERICA
ADMISSION RECORD

## I. IDENTIFICATION INFORMATION

| CLIENT'S NAME | DATE ADMITTED & TIME | MEDICAL REC # | ID # | ROOM BED | PROG ADMIT TO | ADMITTED BY |
|---|---|---|---|---|---|---|
| CHARLES DERRICK | 09/20/95  10:00 | 004834 | 0005168 | | | A&R STAFF |

| ADDRESS | PHONE # | TP READMISSION | LAST DT | SEX | MARITAL STATUS | RACE | RELIGION | ARVL MODE |
|---|---|---|---|---|---|---|---|---|
| | (713)448-4203 H | PRIOR CLIEN | / /  M | | SINGLE | BLACK | | |
| 17103 IMPERIAL VALLEY  APT | | | | | | | | |

| | PHONE # | TP | AGE | DOB | SOC SEC # | ADMIT STATUS | ATTENDING PHYS | REFERRED BY | DX ONSET |
|---|---|---|---|---|---|---|---|---|---|
| HOUSTON   TX 77060 | | | 13 | 09/06/82 | 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 | | GINSBERG L | GINSBERG LAWREN | |
| HARRIS | ( ) - | | | | | | | | |

| PARENT/GUARDIAN NAME & ADDRESS | PARENT/GUARDIAN # 2 NAME & ADDRESS | LAST SCHOOL ATTENDED |
|---|---|---|
| | | |

APT #                    APT #

( ) -              ( ) -        ( ) -

| CASE OF EMERGENCY NOTIFY | EMERGENCY PHONE # | RELATIONSHIP | CUSTODY OF PATIENT |
|---|---|---|---|
| ILLIPS NANCY | (713)448-4203  H | PARENT | |

## II. FINANCIAL INFORMATION

| GUARANTOR ADDRESS | GUARANTOR'S EMPLOYER ADDRESS |
|---|---|
| | NONE |

APT #                    APT #

( ) -       MEDICAID    ( ) -

SOC SEC #:

| FINANCIAL CLASS | MEDICAID ID # | COUNTY |
|---|---|---|
| MEDICAID | 456731249 | HARRIS |

| INSURANCE | POLICY NUMBER | GROUP NUMBER | SUBSCRIBER |
|---|---|---|---|
| | | | |

## III. DIAGNOSTIC INFORMATION

| IS | 1 | 29620 | MAJ.DPRS.SNGL.UNSP |
|---|---|---|---|
| XIS | | | |
| AXIS | | | |
| AXIS | | | |
| AXIS | | | |

**Gulf Pines Hospital**

205 Hollow Tree Lane
Houston, Texas 77090-2081
Telephone (713) 537-0700

**DISCHARGE**

**SUMMARY/PLAN**

---

## NURSING DISCHARGE SUMMARY

**GENERAL INFORMATION**

Date of Discharge 10/6/95  Time 1330

Discharge Status: ☒ MD Order  ☐ AMA  ☐ AMA Release Signed

Mode of Discharge: ambulatory

Accompanied by Mrs Phillips  Relationship mom
Name

**CONDITION OF PATIENT ON DISCHARGE**

**MEDICAL STATUS:**
Stable without acute c/o's
discomforts, or problems evident

**EMOTIONAL STATUS:**
improved mood, positive
statements @ discharge

**MEDICATIONS**

Prescriptions to Patient/Other: ☐ Yes  ☐ No  ☐ Nonapplicable
List Medications:

| NAME | DOSAGE | FREQUENCY |
|---|---|---|
| Imipramine for depression | 125 mg | by mouth — qd every night at bedtime |
| | | |
| | | |
| | | |

**Psychotropic** Medication Management Information provided to patient/other via Medication Teaching Sheet(s). ☒ Yes  ☐ No

Patient/Other instructed to contact physician/pharmacist for information concerning prescribed **NON-psychotropic** medications ☐ Yes  ☐ No

**SPECIFIC INSTRUCTIONS/TEACHING**
1) Report any mood
changes or problems coping
to MD.

**RESTRICTIONS:** none

**DIET** Reg

**PHYSICAL ACTIVITY** as tolerated

**SIGNATURES**
The information has been explained to me and I understand the contents

Nancy Phillips — son
Patient/Significant Other   Relationship

Lisa Har Rn  10/6/95
Nurse   Date

---

## SOCIAL SERVICE DISCHARGE PLAN

**LIVING ARRANGEMENTS FOLLOWING DISCHARGE**

With Whom/Name of Facility home č parents

Address _____

**FOLLOW UP CARE**
Community Agency/Individual recommended for aftercare:

Name Dr Ginsberg  Phone # 893-4111

Address _____

Initial Appointment Date call per appt

Name Jen Richards  Phone # 893-4111

Address _____

Initial Appointment Date call per appt

**Support Groups:**
☐ AA  ☐ NA  ☐ CA  ☒ GPH Aftercare  ☐ Multi-Family

Other first aftercare mtg is 10/12 and
then every other Thursday
**Comments:**
MD recommends that Follow up
appt be in 10-14 days — (as
appt scheduled 10/31 is too far away)

**SCHOOL/VOCATIONAL/WORK/PLAN**
Return to home school

**OTHER SIGNIFICANT INFORMATION** _____

Patient/Other Instructed to contact _____
should assistance be required following discharge.

**SATISFACTION SURVEY COMPLETED**  ☒ YES ☐ NO

I give permission for Gulf Pines Hospital to contact me at ☐ Home/
☐ Work, for a period not to exceed 6 months to determine my satisfaction
with services provided. I can be contacted at _____
between the hour _____ and _____
Signed: _____

**SIGNATURES**
Above information has been explained to me and I understand the contents.

X Nancy Phillips son
Patient/Significant Other   Relationship   Date

Ellen Caylor Meyerson, MSW
Signature of Social Worker   Signature of Psychiatrist

---

White - Chart    Yellow - Patient    Pink - Unit

Rev. 7/93 603-012

DATE _9/20/95_   TIME _0800_   LOCATION _GPH_

CURRENT SYMPTOMS: _violent behavior_

MENTAL STATUS: _Flat affect depressed mood_

PRELIMINARY TREATMENT PLAN: _Adult stabilization/Eval_

## JUSTIFICATION FOR ADMISSION

Patient must meet one or more of the following criteria. Please initial item(s).

| | | |
|---|---|---|
| | a. | Recent suicide attempt (within 72 hours) or suicidal ideation requiring suicide precautions. |
| _LDC_ | b. | Physically assaultive behavior threatening the life or safety of other persons. |
| | c. | Self-mutilating behavior. |
| | d. | Acute onset or exacerbation of psychotic symptoms (hallucinations, delusions, disordered thinking) of sufficient severity to jeopardize the patient's ability to live safely outside of a hospital. |
| _LDC_ | e. | Acute deterioration of patient's behavior, coping skills or ability to care for self that creates a risk of harm to self or other persons. |
| _LDC_ | f. | Acute onset of severe mental anguish that overwhelms the patient to the extent that the patient cannot function outside of a hospital. |
| _LDC_ | g. | Meets DSM-III-R criteria for Major Depression (documented in Psychiatric Assessment). |
| | h. | Meets DSM-III-R criteria for Mania (documented in Psychiatric Assessment). |
| | i. | Meets DSM-III-R criteria for alcohol withdrawal delirium (documented in Psychiatric Assessment) or is in impending alcohol withdrawal delirium based on a history of severe alcohol dependence and abrupt cessation of alcohol intake. |
| | j. | Severely disabled as a result of psychoactive substance-induced withdrawal, delirium, delusional disorder or amnestic disorder (DSM-III-R criteria documented in Psychiatric Assessment). |
| | k. | Patient requires inpatient treatment and rehabilitation for psychoactive substance dependence based on: (All four of the following must be met) |

1) extreme or prolonged use of psychoactive substance(s); and
2) significant impairment of health or of family, social, occupational or academic functioning as a result of substance dependence; and
3) complicating medical problems (including residual impairment secondary to psychoactive substance withdrawal, delirium, delusional disorder or amnestic disorder) or failure of a structured outpatient rehabilitation program to achieve abstinence from psychoactive substances; and
4) a reasonable medical expectation that inpatient treatment and rehabilitation will improve the patient's ability to maintain abstinence from psychoactive substances upon which the patient is dependent.

| | | |
|---|---|---|
| | l. | Patient requires inpatient treatment and rehabilitation for psychoactive substance dependence based on a reasonable medical determination that such inpatient treatment and rehabilitation are necessary to significantly reduce the risk of: |

1) rapid deterioration of patient's behavior, coping skills, or ability to care for self that creates risk of harm to self or other persons; or
2) relapse or continuing psychoactive substance use resulting in significant impairment of health or of family, social, occupational, or academic functioning.

| | | |
|---|---|---|
| | m. | Other _____ |

**IMPORTANT:** EACH CRITERION CHECKED ABOVE MUST BE REFLECTED IN THE PATIENT'S PSYCHIATRIC ASSESSMENT.

**TB SCREEN:** ALL PATIENTS MUST BE SCREENED FOR TUBERCULOSIS
Check Which Apply: ___ Productive Cough (3 weeks +)   ___ Night Sweats   ___ Coughing up Blood   ___ SOB

_✓_ ACTIVE TB IS NOT SUSPECTED ALLOWING ADMISSION.

SIGNATURE OF PHYSICIAN

## GULF PINES BEHAVIORAL HEALTH SERVICES

700-020 Rev. 3/1/95

CHARLES FREDERICK   13
061982   092095
GINSBERG   305
ADOL   MD

1. Chief complaint (in patient's own words, if possible) _violent behaviors_

2. History of present illness including alcohol or drug use, precipitant justifying hospitalization, and risk of harm to self or others: _[illegible handwriting]_

3. Relevant family history: _[illegible]_

4. Known physical status and allergies: _[illegible]_

5. Brief mental status:
   a. General appearance and behavior _casually dressed — pt won't talk — pt tends over eyes — to avoid [illegible]_
   b. Affect and mood _affect blunted / mood depressed    Pt crying [illegible]_
   c. Associations and thought processes _[illegible] unable to test_
   d. Thought content (including delusions, obsessions, suicidal ideation) _unable to test_
   e. Hallucinations or perceptual distortions _No halluc / delusions_
   f. Cognitive functions:
      Orientation _unable to test_
      Memory _[illegible]_
      Intellectual Functioning _good [illegible]_

6. Developmental Milestones _wnl._

| PROBLEM LEGEND - Prioritize | |
|---|---|
| P1 | Significant depression of mood |
| P2 | Psychotic symptoms |
| P3 | Suicidal thinking or behavior |
| P4 | Physical aggression or violence toward others |
| P5 | Manic symptoms |
| P6 | Mixed state (manic plus depressive) symptoms |
| P7 | Loss of control over psychoactive substance(s) |
| P8 | Overwhelming anxiety |
| P9 | Complicating medical problems |
| P10 | Impaired social (including family, work, school) performance |
| P11 | Inability to care for self |
| P12 | Resistance to or noncompliance with treatment |
| P13 | Withdrawal or impending withdrawal from psychoactive substance(s) |
| P14 | Other (specify) |

7. Patient's Strengths: _Mother supportive of [illegible]_
   Patient's Deficiencies: _Special [illegible]_

8. Provisional Diagnosis:
   Axis I _[illegible]_                 Axis II _No dx_
   Axis III _[illegible]_               Axis IV _[illegible]_
   Axis V _GAF - 30_

9. Estimated length of stay _1 week_   11. Criteria for discharge _[illegible] / decrease violent behaviors._

10. Preliminary discharge plan _[illegible]_

## III. PRELIMINARY TREATMENT PLAN

| P | PROBLEM | GOAL | INTERVENTIONS TO ACHIEVE OBJECTIVE |
|---|---|---|---|
| 1 | _[illegible]_ | _[illegible]_ | _[illegible]_ |
| 2 | _violent behaviors_ | _[illegible] decrease_ | _[illegible]_ |
| 3 | | | |

Admitting Psychiatrist _[signature]_   Date _9/20/98_   Time _1010_

Attending Psychiatrist
(if not the same as above)   Date ___   Time ___

CHARLES DERRICK
0005166

CHARLES DERRICK   13
M  09061982   092045
GINSBERG   305 -
0 - 63 -   ADOL    MD
ADDRESSOGRAPH         Revised 3-13-95

# GULF PINES BEHAVIORAL HEALTH SERVICES

## PHYSICIAN ADMITTING ORDERS - *ADOLESCENT PROGRAM*

I.    THE HISTORY AND PHYSICAL is to be completed within 24 hours by:
     ____ Attending Physician      ✓ Other (please name) _Kelly_.

II.    VITAL SIGNS ____ Routine      ✓ Special (indicate frequency) _q Buff._ ✓

III.    LAB AND RADIOLOGY
     ✓ Care Panel    ✓ CBC w/DIFF    ____ Hypothyroid Panel (T4, T3 Uptake, FTI, TSH)
     ✓ Comprehensive Toxicology    ____ UA    ____ RPR    ____ Urine Pregnancy ✓ ____ EKG
     ✓ Other: _Mg level_ _UA BT2_ _Unit complete_
     ✓ _Sleep-deprived EEG (Ric patil leylen Sayne troube )_

     **CLINICAL JUSTIFICATION (S):**
     ____ R/O Metabolic Disorder      ✓ R/O Infectious Disease
     ____ R/O Pregnancy      ✓ R/O Toxicity
     ____ Other: _____

IV.    DIET ____ ✓ Regular      ____ Special (specify) _____

V.    PRECAUTIONS
     ____ No Precautions
     ____ Suicide (15 min. checks)
     ✓ Assault/Homicidal (15 min. checks)      ____ Seizure/Medical (30 min. checks)
     ____ Elopement (15 min. checks)      ____ Detox (30 min. checks)

     **CLINICAL JUSTIFICATION (S):** _has been agoity & fretting_ ✓

VI.    THERAPEUTIC RESTRICTIONS
     ✓ No Restrictions
     ____ Unit Restriction (7–Day Expiration)
     ____ Indoor Facility Restriction (3–Day Expiration)

     **CLINICAL JUSTIFICATION (S):** _____

VII.    THERAPEUTIC COMMUNICATION LIMITATIONS (ALL EXPIRE IN 7 DAYS)
     ✓ No Limitations      ____ Telephone      ____ Mail      ____ Visitors

     **CLINICAL JUSTIFICATION (S):** *SPECIFY EXACT LIMITATIONS,* (e.g., when limited from telephone, what mail/visitors are limited), *DURATION OF LIMITATIONS, AND JUSTIFICATION FOR EACH LIMITATION)* _____

(continued on back)

CHARLES, PERRICR
S BERRICK 13
061982 0-20-5
KJ 305

ADOL AD

VIII.   PHYSICAL SEARCH
(includes removal of some or all of the person's clothing and – if person resists – search of outer clothing, hair or mouth)

_____ ✓ Physical Search (must be witnessed by person of same sex as patient and conducted in a private area)
_____ No Physical Search

CLINICAL JUSTIFICATION (S): _Mss attribrot_ _____

_____

_____

IX.   ASSESSMENT ORDERS
_____ ✓ Psychosocial Assessment
_____ Psychological Evaluation,
        by whom: _Michelle Tarrant, Ph.b._ ✓ Full Battery    _____ Brief Battery
_____ Educational Assessment, by whom: _____
_____ Chemical Dependency Assessment (Adolescent Psychiatric Patients Only)

X.   THERAPY ORDERS
Assessment Program:

ADOLESCENT PSYCHIATRIC PROGRAM
_____ ✓ Exploratory Group        _____ ✓ Ropes              _____ ✓ Goals Group
_____ ✓ Psychodrama              _____ ✓ Parent Groups
_____ ✓ Fitness                  _____ ✓ Patient Government  _____ ✓ Health Education
                                 _____ ✓ Addiction Education _____ ✓ Nutrition

ADOLESCENT CHEMICAL DEPENDENCY PROGRAM
_____ Exploratory Group    _____ Addiction Education              _____ Fitness
_____ Parent Groups        _____ Relapse Prevention              _____ Ropes
_____ Sobriety Issues      _____ 12 Step Meetings – in hospital   _____ Health Education
_____ Psychodrama          _____ 12 Step Meetings – outside hospital  _____ Nutrition
_____ Goals Group          _____ Patient Government

_____ ✓ Individual Therapy/Program Counseling; by whom: _fa Richards, LPC_ _____

_____ ✓ Family Therapy/Family Program Counseling; by whom: _____

_____ Other: _____

_____ Other: _____


_____        _9/20/95_____
Admitting Physician                     Date


_____        _____
Attending Physician                     Date


_JArar RNC_____          _9/20/95_____
Signature of Nurse                      Date

**PHYSICIAN'S ORDERS**

DO NOT USE THIS
SHEET UNLESS
NUMBER SHOWS ▶



| USE BALL POINT - PRESS FIRMLY | AFTER PHYSICIAN WRITES A MEDICATION ORDER 1. REMOVE YELLOW AND PINK COPIES. 2. DISPATCH YELLOW COPY TO PHARMACY-PINK TO MEDICATION NURSE. 3. "X" OUT REMAINING UNUSED LINES AFTER EACH ORDER IS WRITTEN. |
|---|---|

| ORDERED DATE | TIME | ORDERS |
|---|---|---|
| 9/20/95 | 1010 | Admit to Adolescent Psych |
| | | Rx *(illegible)* |
| | | Evaluate *(illegible)* |
| | | *(illegible)* Imipramine 150 mg PO qhs |
| | | Hold above *(illegible)* for sleep |
| | | Repeat EEG |
| | | Tylenol V grains q 4° PRN *(illegible)* |
| | | MoM 30 cc PO q 12° PRN constipation |
| | | Mylanta 15 cc PO q 4° PRN indigestion |
| | | *(signature illegible)* |
| 9/30/95 | 12 noon | Mellaril 25 mg po now and Q4° prn as needed for agitation T.O. Dr. Ginsberg / *(signature)* RN *(illegible)* 9/30/95 1200 |
| 9-21-90 | 24° | 0100 Dr. Peterson *(illegible)* |

ALLERGIES   NKA

noted 9/30/95 12³⁰ PM

*(signature)* RN

WEIGHT _____

WEIGHT _____

DIAGNOSIS

REV. 9/93 803-005

**PHYSICIAN'S ORDERS**

DO NOT USE THIS
SHEET UNLESS
NUMBER SHOWS 

| USE BALL POINT - PRESS FIRMLY | AFTER PHYSICIAN WRITES A MEDICATION ORDER 1. REMOVE YELLOW AND PINK COPIES. 2. DISPATCH YELLOW COPY TO PHARMACY-PINK TO MEDICATION NURSE. 3. "X" OUT REMAINING UNUSED LINES AFTER EACH ORDER IS WRITTEN. |
|---|---|

| ORDERED | | ORDERS |
|---|---|---|
| DATE | TIME | |
| 9/21/95 | | *Imipramine level* 6n 9/25/95 |
| | 3=0 | |
| 9-22-95 | | noted 9/21/95 *Lisa Aran RN* 249 / 0300 *DSPeterson UC* |
| 9/22/95 | 0830 | D/C ATP HIP C/O |
| 9/23/95 | 0300 | noted 9/22/95 0830 *Aran RN* 24° chart (*Pat Miller*) |
| 9/23/95 | 1000 | T.bli a 9/26/95 Am |
| 9/24/95 | 0100 | noted: S. Milsvisen 9/23/95 10 Am 24° chart / (*Pat Miller*) |

| ALLERGIES | NKA |
|---|---|

HEIGHT _____
WEIGHT _____
DIAGNOSIS _____

CHARLES BERNICK  13
063982
NASSBERG  333
ADOL  MD

REV. 0/93 003-026

# PHYSICIAN'S ORDERS

**DO NOT USE THIS SHEET UNLESS NUMBER SHOWS** 

## USE BALL POINT - PRESS FIRMLY

AFTER PHYSICIAN WRITES A MEDICATION ORDER
1. REMOVE YELLOW AND PINK COPIES.
2. DISPATCH YELLOW COPY TO PHARMACY-PINK TO MEDICATION NURSE.
3. "X" OUT REMAINING UNUSED LINES AFTER EACH ORDER IS WRITTEN.

| ORDERED DATE | TIME | ORDERS |
|---|---|---|
| 9/24/95 | 1000 | (1) UA (2) Dr. Left in to cover for me 9/25/95 Monday 7AM to 5PM (3) Please place my dictated psych assessment in chart. |
| | | noted: S. Milvin RN 9/24/95 |
| 9-25-95 | 2400 | 0100 |
| 9/26/95 | 0900 | Please place my dictated, psych assessment in chart  notified medical records 0920 |
| | | noted 9/26/95 0920 Lisa Acar RN |
| 9-22-95 | 2400 | 0200 |
| 9/27/95 | 1000 | ↓ Tofranil 175 mg for TB3  Imipramine level @ 12/95 AM |
| | | noted 9/27 Lisa Acar RN |
| 9-28-95 | 2400 | 0200 |

**ALLERGIES** NKA

HEIGHT _____

WEIGHT _____

DIAGNOSIS _____

REV. 6/90-603-026

**PHYSICIAN'S ORDERS**

DO NOT USE THIS
SHEET UNLESS
NUMBER SHOWS ▶

## USE BALL POINT - PRESS FIRMLY

AFTER PHYSICIAN WRITES A MEDICATION ORDER
1. REMOVE YELLOW AND PINK COPIES.
2. DISPATCH YELLOW COPY TO PHARMACY-PINK TO MEDICATION NURSE.
3. "X" OUT REMAINING UNUSED LINES AFTER EACH ORDER IS WRITTEN.

| ORDERED | | ORDERS |
|---|---|---|
| DATE | TIME | |
| 9/28/95 | 1000 | D/C Imipramine level 10/7/95 |
| | | Stat Imipramine level 9/30/95 AM |
| | | [signature] |
| | | noted 9/28/95 1015A Visa Azar RN |
| 9-29-95 | | 24° / 0200 [signature] |
| 9-30-95 | | 24° / 0200 [signature] |
| 9/30/95 | 1500 | Room search for possible |
| | | contraband |
| | | T.O. Dr. Sensbury / S. Melvinian |
| | | [signature] 10/1/98 1100 |
| | | noted: S. Melvin RN 1500 9/30/95 |
| 10/1/98 | 0200 | 24° chms [signature] |
| 10/1/95 | 1100 | Have Dr Kelly sign stop |
| | | [signature] |
| | | 10/1/95 11am noted: S. Melvin RN |
| 10-2-95 | | 24° 0200 [signature] |
| 10/3/95 | 0015 | 24° Sterile [signature] |

ALLERGIES  NKA

HEIGHT _____
WEIGHT _____
DIAGNOSIS _____

0000168
CHARLES DERRICK 15
B #501982 002005
+INDIGENT 305

A00L AB REV. 6/92 603-026

**PHYSICIAN'S ORDERS**

DO NOT USE THIS
SHEET UNLESS
NUMBER SHOWS



## USE BALL POINT - PRESS FIRMLY

AFTER PHYSICIAN WRITES A MEDICATION ORDER
1. REMOVE YELLOW AND PINK COPIES.
2. DISPATCH YELLOW COPY TO PHARMACY-PINK TO MEDICATION NURSE.
3. "X" OUT REMAINING UNUSED LINES AFTER EACH ORDER IS WRITTEN.

| ORDERED | | ORDERS |
|---|---|---|
| DATE | TIME | |
| 10/3/95 | 090c | _[handwritten order]_ 10/3 5 PM ... 10/4 5 PM |
| | | noted 10/3/95 0930 _[signature]_ RN |
| 10-4-95 | | 24° 8100 _[signature]_ |
| 10/5/95 | | 24° chart (_[signature]_) |
| 10/5/95 | 10A | DC Close Obs |
| | | V.O. Dr Ginsberg / _[signature]_ RN |
| | | 10/6/95 0900 |
| | | noted 10/5/95 _[signature]_ RN |
| 10-6-95 | | 24° 0300 _[signature]_ |

**ALLERGIES** NKA

HEIGHT _____

WEIGHT _____

DIAGNOSIS

0005168

CHARLES DERRICK   13
M   0YD61982   390095
GINSBERG   308

D.4434   ADDL   MD        REV. 6/93 693-926

# GULF PINES BEHAVIORAL HEALTH SERVICES

DATE _10/6/95_

| ☐ **DISCHARGE ORDERS** | ☐ **TRANSITION ORDERS** |
|---|---|
| Patient to be discharged from: | From: _____ _____ _____ |
| | program      care level      date |
| Inpatient on _10/6/95_ | To: _____ _____ _____ |
| | program      care level      date |
| Partial on _/_ | If transitioned to partial, circle days to attend |
| | **M    T    W    TH    F    S    S** |

**PRIMARY DISCHARGE/TRANSITION DIAGNOSIS:**

Axis I: _Major Depression, Recurrent_          Axis II: _No dx_

Axis III: _No dx_

GAF on Discharge: [Axis V] _GAF-60 on D/C_          Axis IV: _adjusting others_

Physical Activity Limitations: _free_          Diet: _Reg_

| **MEDICATIONS / DOSAGE / # OF REFILLS** | |
|---|---|
| 1. _Imipramine 50mg ‖ Refills #30 and_ | 6. _____ |
| 2. _Imipramine 25 mg T Pd q HS # 15_ | 7. _____ |
| 3. _____ | 8. _____ |
| 4. _____ | 9. _____ |
| 5. _____ | 10. _____ |

Patient may take own medications home?   ☐ YES   ☐ NO   ☑ N/A

If no, justify: _____

Are prescriptions written?   ☑ YES   ☐ NO   ☐ N/A

May patient take own medications in hospital?   ☐ YES   ☐ NO   ☑ N/A

Individual Therapy with: _Jon Richards, LPC_          Family Therapy with: _Jon Richards, LPC_

Aftercare Groups at Gulf Pines: _____          Community Groups: _____

Outpatient Labs: _____          When: _____          Where: _____

Other Outpatient Follow-Up: _① Med check ē Mrs Pippenger RN_
_in 10-14 days to w/office – mother to call_
_for appt._

_10/6/95    10⁰⁰    Lisa Azar RN    10/6/95    bA_

Physician's Signature    Date    Time    Nurse's Signature    Date    Time

| **DISCHARGE/PRE-TRANSITION ADDRESSOGRAPH** | **TRANSITION ADDRESSOGRAPH** |
|---|---|
| 0000108 | |
| CHARLES DERRICK   13 | |
| M   09061982   092095 | |
| WINDSOR5   305 | |
| ADOL   MD | |

# GULF PINES BEHAVIORAL HEALTH SERVICES

## MEDICATION RECORD

### ROUTINE MEDICATIONS

000518B

CHARLES DERRICK 13
M 093361982 092095
305

SITE CODE:
RD - Rt. Deltoid · Rt. Thigh
LD - Lt. Deltoid · Lt. Thigh
ABD - Abdomen
RGM - Rt. Gluteus Max.
LGM - Lt. Gluteus Max.

LEGEND: C - time not given
with reason/ Initial
R – Refusal
A – Asleep
W – Withheld
NPO – Nothing per os.

DIAGNOSIS:

DIABETIC: ☐ YES ☐ NO

ALLERGIES: N/A

HT. ___ WT. ___

| Date Start | STOP DATE | DATE RENEW | Trans-cribed | MEDICATIONS DOSAGE, FREQUENCY, ROUTE | CONSENT INITIAL VER-BAL WRIT-TEN | TIMES TO BE GIVEN | DATE 9-27 TIME, SITE, INITIALS | DATE 9-28 TIME, SITE, INITIALS | DATE 9-29 TIME, SITE, INITIALS | DATE 9-30 TIME, SITE, INITIALS | DATE 10-1 TIME, SITE, INITIALS | DATE 10-2 TIME, SITE, INITIALS | DATE 10-3 TIME, SITE, INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9-27 | 10-27 | | V | Desyrel/trazodone 150mg po qHS | po | 9:00 | | | | | | | |
| 9/20 | 10/20 | | LA | Imipramine 125mg po qhs | po | 9:00 | | 2100 gg | | | | | |

Signature and Title: 19:40

RECOPIED BY ___ DATE 9-22-95

RN / LVN 9-22-95

FORM 603-215    WHITE - CHART    CANARY - PHARMACY

## GULF PINES BEHAVIORAL HEALTH SERVICES

## MEDICATION RECORD

ROUTINE MEDICATIONS

CHARLES DERRICK 13
M 07061982 092095
145 305

SITE CODE:
RD - Rt. Deltoid - Rt. Thigh
LD - Lt. Deltoid - Lt. Thigh
ABD - Abdomen
RGM - Rt. Gluteus Max.
LGM - Lt. Gluteus Max.

LEGEND: time not given
with reason/   Initial
R = Refuses,
A = Asleep
W = Withheld
NPO = Nothing per os.

DIAGNOSIS: MDD

DIABETIC: ☐ YES   ☒ NO

ALLERGIES: NKA

HT: 5'1"   WT: 161 #

| Date Start | STOP DATE | Trans-cribe | DATE RENEW | MEDICATIONS DOSAGE, FREQUENCY, ROUTE | CONSENT INITIAL | VER-BAL | WRIT-TEN | Signa-ture and Title | TIMES TO BE GIVEN | DATE TIME, SITE, INITIALS | DATE TIME, SITE, INITIALS | DATE TIME, SITE, INITIALS | DATE TIME, SITE, INITIALS | DATE TIME, SITE, INITIALS | DATE TIME, SITE, INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/20 | 10/20 | LA | | imipramine 125mg po qhs | | | | | 2100 | | | | | | |

RN / LUN   WHITE - CHART   CANARY - PHARMACY

RECOPIED BY ____   DATE ____

FORM 603-215

**GULF PINES BEHAVIORAL HEALTH SERVICES**

**MEDICATION RECORD**

**ROUTINE MEDICATIONS**

CHARLES DERRICK
M 09361982 092095
11.5.1. 305

SITE CODE:
RD - Rt. Deltoid - Rt. Thigh
LD - Lt. Deltoid - Lt. Thigh
ABD - Abdomen
RGM - Rt. Gluteus Max.
LGM - Lt. Gluteus Max.

LEGEND: C with reason
R = Refused
A = Asleep
W = Withheld
NPO = Nothing per os.

Time not given
initial

DIABETIC: ☐ YES  ☐ NO

DIAGNOSIS:

| ALLERGIES: | | HT. | | WT. | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Signature and Title | | | | | | | | | | | | | |

| Trans-criber | Date Start | STOP DATE / DATE RENEW | MEDICATIONS DOSAGE, FREQUENCY, ROUTE | CONSENT INITIAL VER-BAL / WRIT-TEN | TIMES TO BE GIVEN | DATE 2-4 TIME, SITE, INITIALS | DATE 2-5 TIME, SITE, INITIALS | DATE 2-6 TIME, SITE, INITIALS | DATE 2-7 TIME, SITE, INITIALS | DATE 2-8 TIME, SITE, INITIALS | DATE 2-9 TIME, SITE, INITIALS | DATE 2-10 TIME, SITE, INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A-2D | 10-28 | 10-28 | Olanzapine 1.25mg PO HS | 3/20 | 2/6 x | | | Rx Drug exit | | | | |

RN / LIC

RECOPIED BY _____ DATE _____

WHITE - CHART          CANARY - PHARMACY

FORM 603-215

# GULF PINES BEHAVIORAL HEALTH SERVICES

## PRN MEDICATIONS

DR. _____ PH
CHARLES DERRICK 13
M 09261982 092095
GINSON 305

ALLERGIES: NKA

SITE CODE
RD - Rt. Deltoid - Rt. Thigh
LD - Lt. Deltoid - Lt. Thigh
ABD - Abdomen
RGM - Rt. Gluteus Max.
LGM - Lt. Gluteus Max.

LEGEND: Circle time no. given
with reason and initial
R = Refuse
A = Aslee
W = With
NPO = Nothing per os.

| INTLS | START | STOP | PRN TREATMENTS AND MEDICATIONS DOSAGE, FREQUENCY, ROUTE |
|-------|-------|------|---------|
| LA | 9/20 | 10/20 | Tylenol II grain Q4° prn pain |
| LA | 9/20 | 10/20 | MOM 30cc po Q12° prn constipation |
| LA | 9/20 | 10/20 | Mylanta 15cc po Q4° prn indigestion |
| LA | 9/20 | 10/20 | Mellaril 25mg po Q4° prn agitation consent obtained 9/20 |

| DATE | TIME | MEDICATION | ROUTE | DOSE | REASON | NURSE | TIME | EFFECT | NURSE |
|------|------|------------|-------|------|--------|-------|------|--------|-------|
| 9/20 | 1900 | Mellaril | po | 25mg | agitation | LA | 1100 | effective | LA |
| 9/20 | 1100 | Mellaril | po | 25mg | agitation | SP | 1145 | less agitation | SP |
| 9/21 | 0845 | Mellaril | po | 25mg | agitation | LA | 0940 | effective | LA |
| 9/22 | 1715 | Mellaril | po | 25mg | agitation | SP | 1745 | lt. effective | SP |
| 9/22 | 1120 | Tylenol | po | gr II | Fever | SP | 1120 | sleeping | SP |

FORM 803-216            WHITE - CHART            CANARY - PHARMACY

GULF PINES BEHAVIORAL HEALTH SERVICES

HISTORY AND PHYSICAL

PATIENT NAME: DERRICK CHARLES     DATE OF ADMISSION:   09-20-95
PATIENT NUMBER:  00-48-34
ATTENDING PHYSICIAN:  LAWRENCE GINSBERG, M.D.
AUTHOR OF REPORT:  JEFFREY KELLEY, D.O.

HISTORY OF PRESENT ILLNESS:  Admit this 13 year old black male
to Gulf Pines Hospital under the care of Dr. Ginsberg.  Patient
has history of depressive moods with episodes of violence behavior.

PAST MEDICAL HISTORY:  General health is negative for heart
disease, lung disease, kidney disease, thyroid disease, cancer,
diabetes, and hypertension.

ILLNESSES:  Denies hepatitis, tuberculosis.

SURGERIES:  Denies surgeries.

HOSPITALIZATIONS:

1.  Gulf Pines Hospital x 2.

INJURIES:  Denies previous injuries.

DENTAL HISTORY:  Unremarkable.

ALLERGIES:  No known drug allergies.

MEDICATIONS ON ADMISSION:  Ritalin.

HABITS:  Denies specific diet.  Denies caffeine, tobacco, and
alcohol use.  Denies use and abuse of other drugs, chemicals
or stimulants.  Denies history of physical or sexual abuse.

FAMILY HISTORY:  Unremarkable.

OCCUPATION:  Student.

FAMILY CONSTELLATION: Patient lives with mother.

REVIEW OF SYSTEMS:

Weight change:  Admits to some recent weight gain.

Skin:  denies dermatological disorders.

HEENT:  Denies hearing, visual changes.

Cardiac:  Denies anginal type chest pain, orthopnea, or pedal
edema.

GULF PINES BEHAVIORAL HEALTH SERVICES

HISTORY AND PHYSICAL

PAGE 2   DERRICK CHARLES

Respiratory:  Denies hemoptysis, cough, wheezing.

GI:  Denies constipation, diarrhea.

Urinary:  Denies dysuria, frequency and urgency.

Genital/Reproductive:  Unremarkable.

Neuromuscular:  History of seizure disorder as a child.
Patient is not sure what type of seizures he had.

Endocrine:  Denies history of diabetes and thyroid disorder.

PHYSICAL EXAMINATION:  Vital signs:  Temperature 98.1, heart
rate 72, BP 120/90, respirations 18.

General appearance is that of an alert, oriented, cooperative
13 year old black male in no acute distress.

Skin is unremarkable.

HEENT:  Eyes - pupils equal, round, reactive to light.
Extraocular muscles intact bilaterally.  Ears are unremarkable.
Oral cavities within normal limits.  Dentition is in good
repair.

Neck is supple.

Respiratory:  breath sounds are clear bilaterally.

Cardiovascular:  Heart regular in rate and rhythm without
murmur.  Peripheral pulses are III/IV+ and equal bilaterally.

Abdomen is soft.  Bowel sounds are present in all quadrants.
There are no masses or organomegaly noted.

Extremities:  Normal.

Genitalia/Rectal exam were refused.

NEUROLOGICAL:  Cranial nerves II-XII intact.  Please see
cranial nerve worksheet.  Motor function is normal.  Sensory
function is normal.  Reflexes are III/IV+ bilaterally.
Coordination and gait are normal.

GULF PINES BEHAVIORAL HEALTH SERVICES

HISTORY AND PHYSICAL

PAGE 3   DERRICK CHARLES

DIAGNOSTIC IMPRESSION:

1.   Depression.
2.   Seizure disorder by history.


_____
Jeffrey R. Kelley, D.O.



DD:   09-21-95
DT:   09-23-95
jc

## HISTORY AND PHYSICAL

PATIENT NAME: _____  ADMISSION DATE: 9-20-95

PATIENT NUMBER: _____  UNIT: _____

ATTENDING PHYSICIAN: Dr. Ginsberg

AUTHOR OF REPORT: Dr. J. Kelley     REPORT DATE: 9-21-95

HISTORY OF PRESENT ILLNESS: Admit this 13 yo B male to GPH
Under the care of Dr. Ginsberg. He has hx
of depressed moods c̄ episodes of violent behavior.

PAST MEDICAL HISTORY:

General health: Ø

Illnesses: Ø

Surgeries: Ø

Hospitalizations: GPH × 2.

Injuries: Ø

Dental history: Ø

Allergies: NKDA.-

Medications: Ritalin -

HABITS:

Diet: Ø

Caffeine: Ø

Tobacco: Ø

Alcohol: Ø

Other Drugs (opioids, sedatives, hallucinogens, stimulants): _____
Ø

**PHYSICAL PROBLEMS ASSOCIATED WITH CHEMICAL/ALCOHOL DEPENDENCE.**

_____

_____

_____

0005168

CHARLES DERRICK  13
M  09061982  092095
GINSBERG  30S

014834  ADOL  MD

FAMILY HISTORY: Ø

OCCUPATION: Student

FAMILY CONSTELLATION: Lives Mother.

WEIGHT CHANGE: Some recent wt. gain.

R SKIN: Ø
E
V HEENT: Ø
I
E CARDIAC: Ø
W
RESPIRATORY: Ø
O
F GI: Ø

S URINARY: Ø
Y
S GENITAL/REPRODUCTIVE/MENSTRUAL: Ø
T
E NEUROMUSCULAR: Hx of Sz - as a child.
M
S ENDOCRINE: Ø

PHYSICAL EXAMINATION: T: 98¹ HR: 72 BP: 120 / 90 R: 18
  Skin/Hair: Ø
  Heent: Ø
  Dental: Ø
  Neck: supple
  Chest: clear.
  Back: Ø
  Heart: RRR (s)
  Abdomen: Soft -

HISTORY OF PHYSICAL/SEXUAL ABUSE: Denies

HISTORY AND PHYSICAL Page 3

PHYSICAL EXAMINATION continued:

Extremities: _____ nl _____

Genitalia/Sexual Maturation: ___ > Refusal. _____ - _____

Rectal: _____

Neurologic: (Do Not Record as WNL)

1. Cranial Nerves: _____ intact _____

2. Motor Function: _____ nl _____

3. Sensory Function: _____ nl _____

4. Reflexes: _____ 3/4+ _____

5. Coordination: _____ nl _____

6. Gait: _____ nl _____

DEVELOPMENTAL: (Gross Assessment)

|  | Further Consultation | |
|---|---|---|
|  | Yes | No |
| Speech (i.e., fluency articulation) |  | ✓ |
| Language (i.e., vocabulary syntax grammar) |  | ✓ |
| Hearing (i.e., response to sound) |  | ✓ |

----------------------------------------------------------------

VISUAL ACUITY:

Screened with glasses? Yes_____ No_____ Date:_____

Right Eye - 20/_____ (_____ Snellen Chart          PASSED_____

Left Eye - 20/_____ (_____ Other:_____ FAILED_____

COMMENTS:_____

_____

Visual acuity screening is only a check of the sharpness of a patient's vision and
should not be interpreted as a substitute for a complete vision examination.
A patient who fails this screening should be referred to an eye specialist for a
complete visual examination.
----------------------------------------------------------------

(over)

JJJ5168

CHARLES DERRICK   13
M  09061982   092095
FINSBERG   305

JJ4834   ADOL   MD

Page 3 of 4          Rev. 11/92  603-023

ADJUNCTIVE THERAPY - Level of Exercise:

Based upon this examination, I recommend the following level of exercise while this patient is at Gulf Pines Hospital:

|  | _____ Level I | NO EXERCISE: |
|---|---|---|
|  | _____ Level II | Walking, stretching, chair exercises, exercise bicycle (low tension) |
|  | _____ Level III | Low Impact Aerobics, bench aerobics, recreational sports, (i.e.) volleyball |
|  | _____ Level IV | High Impact Aerobics, weight lifting, basketball, jogging |

PHYSICAL CONSIDERATIONS: _____

_____

_____

IMPRESSION: 1. Depression.
            2. Sz Disorder — by hx.

_____

_____       9-21-95
              Examining Physician                  Date

**ADDENDUM**

```
005168

ARLES  DERRICK   13
      061982    092095
           305

          A  UL    M D
```
<span style="float:right">addressograph</span>

## HISTORY AND PHYSICAL EXAMINATION

|  |  | YES | NO |
|---|---|---|---|

### EXAMINATION OF CRANIAL NERVES

| | | YES | NO |
|---|---|---|---|
| OLFACTORY 1: | Smells freshly burned match, fresh coffee, or alcohol swab. | ✓ | |
| OPTIC II: | Distinguishes number of fingers in central field. Distinguishes movements in peripheral field. | ✓ | |
| OCULOMOTOR IIII TROCHLEAR IV: ABDUCENS VI: | Gazes symmetrically up, down, sideways. | ✓ | |
| TRIGEMINAL V: | Distinguishes 1 from 2 point touch symmetrically on forehead, cheeks, and chin; chews symmetrically. | ✓ | |
| FACIAL VII | Upper: frowns symmetrically Lower: smiles symmetrically | ✓ | |
| AUDITORY VIII: | Hears finger rubbing or snapping equally in both ears. | ✓ | |
| GLASSO-PHARYNGEAL IX: | Has symmetrical gag reflex. | ✓ | |
| VAGUS X: | Can make guttural sounds. | ✓ | ✓ |
| ACCESSORY XI: | Shrugs shoulders symmetrically. Resists turning of head symmetrically. | ✓ | |
| HYPOGLOSSAL XII: | Can stick tongue out straight. No atrophy or fasciculations. | ✓ | |

**COMMENTS:** _____

_____

_____

_____

_____

**Physician's Signature:** _____

**Date:**  9-21-95        **Time:** _____

Red Oak Psychiatry Associates
17115 Red Oak Dr. #109
Houston, TX  77090
1-713-893-4111

Psychological Evaluation

CONFIDENTIAL

**NAME:**  Derrick Charles
**DATE OF BIRTH:** 9-6-82          **AGE:** 13 years 0 months
**HOSPITAL NUMBER:**    5168          **GRADE:**  7th
**DATE OF TESTING:**  9-22-95          **DATE OF REPORT:**  9-23-95
**EXAMINER:**    Michele F. Larrow, Ph.D., Psychologist
**PLACE OF EXAMINATION:**  Gulf Pines Hospital, Unit 4

**Reason for Testing**

Derrick Charles was referred for testing by Dr. Lawrence Ginsberg, his
psychiatrist on Unit 4 at Gulf Pines Hospital.  Specifically, Derrick was
referred for testing to determine degree of depression and if there were a
neurological component to his psychological problems.

**Test Administered and Procedures**

Clinical Interview
Review of Outpatient Developmental History and Records
Wechsler Intelligence Scale for Children-Third Ed. (WISC-III)
Bender Visual-Motor Gestalt Test
Human Figure Drawings
Roberts Apperception Test (RAT)
Millon Adolescent Clinical Inventory (MACI)

**Background Information**
        Derrick is a 13 year old African-American male who lives in Houston with
his mother and step-father and his brother Christopher, age 13.  Derrick was
brought into the hospital September 20 for treatment by his parents after
escalating problems with fighting and threatening others.  These behaviors had
been going on for several months and may be related to the separation of his
mother and step-father.  Derrick has been diagnosed with Oppositional Defiant
Disorder and Depressive Disorder NOS in the past.  He was hospitalized at Gulf
Pines when he was 10 for similar complaints. He was pulled out after a few days
because his mother missed him.  The family has not been consistent in coming in
for outpatient therapy.  Derrick has been taking imipramine for the depression
since he was 10.  His current symptoms are sadness, feelings of guilt, lack of
interest in usual activities, and irritability and nervousness.   he denied
suicidal thoughts or homicidal thoughts.
        Derrick was born prematurely and weighed 4 pounds at birth.  He was delayed
in reaching his developmental milestones.  He also had seizures as a baby and
also had a head injury when young.  There are no known medical problems.  There
is a family history of depression, alcoholism, and seizures.  Derrick denied
alcohol, tobacco, or drug use.  His medications at testing were Imipramine 150
mg, and Mellaril 25 mg every 4 hours PRN for agitation.
        Derrick is in special classes in the seventh grade at Aldine ISD.  He said

they are for behavior problems.  He said last year he got Bs and As, but he is not doing well this year.  He acknowledged that he has trouble with fighting and said that he wishes he could change his attitude.  Derrick does not like it when his step-father is away and was unhappy when his parents were separated.  He does not know his biological father.

## Behavioral Observations

Derrick Charles is a 13 year old African-American boy of average height and weight with short black hair.  He was casually dressed in chinos, a t-shirt, and sneakers.   He was well-groomed.    Rapport was  adequately  established  and maintained.  He was cooperative with the testing and did not exhibit any unusual behaviors.   He remained seated and worked straight  through for two hours, refusing a break.  He appeared to put full effort in on tasks.  His affect was flat and depressed and he avoided eye contact.  He had trouble with psychomotor tasks and rotated figures.   He did not seem upset by failure and worked persistently and quietly on problems.  There was no evidence of auditory or visual hallucinations during the course of testing.  Derrick had not slept the night before for an EEG test, but his performance did not seem to be affected by this.  These tests are taken to be a valid indication of his current functioning. His MACI was valid, although there was a tendency to exaggerate problems.

## Test Results and Discussion

<u>Intellectual Functioning.</u>  Derrick is a child who tested in the intellectually deficient  range  of  intelligence.    This  is  probably  accurate  of  current functioning,  although  he  might  be  in  the  borderline  range  in  optimal circumstances.  On the WISC-III, a test of overall intellectual functioning, Derrick scored in the intellectually deficient range (Full Scale IQ=69) and at the 2nd percentile.  There is a 95 percent chance that his true score at present is between 65 and 76.  His Verbal Scale (IQ=63; 95% range 59-71) was in the intellectually deficient range and at the 1st percentile.  His Performance Scale (IQ=80; 95% range 74-90), estimated from 4 subscales, was in the low average range and at the 9th percentile.   There is a significant 17 point difference between his verbal and performance scale, favoring the former, although a difference this large occurs in about 20 percent of the population.  His subscale scores are as follows:

| Information | 1 | Picture Completion | 9 |
|---|---|---|---|
| Similarities | 7 | Coding | 5 |
| Arithmetic | 3 | Mazes | 11 |
| Vocabulary | 2 | Block Design | 2 |
| Comprehension | 4 | | |
| (Digit Span) | (5) | | |

Derrick was below average on most tasks.  On the verbal tests, he had a strength in a task of abstract reasoning, although he was still below average here.  His word knowledge and general knowledge are especially poor.   These scores are probably lowered by a combination of cultural deprivation and learning problems.   He was  also  below  average  on  tasks  that  tap  freedom  from distractibility.   His social knowledge is also poor, although contrary to expectations, there were no signs of antisocial behavior in his responses.  Most