TIME SEEN: ☐ on arrival   ROOM: A-9 ____ EMS Arrival
HISTORIAN: (patient) spouse paramedics_____
__HX / __EXAM LIMITED BY: _____

## HPI

**chief complaint:** (chest pain)/ discomfort

**started:** √ 3 d

**time course:**
(till present) better
gone now
lasted_____
resolved on arrival in ED

(constant) waxing & waning
intermittent episodes lasting
worse / persistent since

**quality:**
pressure
tightness
indigestion
burning
dull
aching
sharp
stabbing
numbness
like prior MI

**location of pain:**

**radiation:** none diagrammed above_____
arm / back / neck / jaw / tooth pain_____

**associated symptoms:**
nausea / vomiting_____     (shortness of breath)
coughing blood_____   sweating_____
syncope_____   palpitations_____
feeling of doom_____

**worsened by:**
change in position
deep breaths / turning
exertion
(nothing)

**relieved by:**
sitting up
rest
antacids
(nothing)

nitroglycerin 1 2 3
patient's own supply
given by paramedics
relief- none / partial /
complete / transient
Oxygen   NRB   ___L

**onset during:**
sleep rest (light activity)
mod. / heavy exertion
emotional upset
cannot recall

**severity:**
maximum: (1-10)   8/10
mild   moderate   severe
when seen in ED: (1-10)  7/10
gone   almost gone   mild   moderate   severe
residual discomfort in arm (R / L)

**Evaluation / treatment PTA:** by patient paramedics
heart rate=_____ unknown monitor-_____
treatment-_____
Valsalva / carotid massage_____
Adenocard / Verapamil / Lidocaine_____

Similar symptoms previously angina heart pain_____

Recently seen / treated by doctor_____

© 1996 - 2006 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

33   Houston Northwest Medical Center
**EMERGENCY PHYSICIAN RECORD**
**Chest Pain**   (5)

* HNMER*

## ROS

**CHEST / CONST**
fever_____
chills_____
cough_____
   sputum_____
ankle swelling_____
calf / leg pain_____
hand / arm pain_____

**FEMALE REPRODUCTIVE**
   LNMP_____
vaginal discharge_____
abnormal bleeding_____

**NEURO**
headache_____
blackouts_____
**EYES / ENT**
blurred vision_____
sore throat_____
**GI / GU**
abdominal pain_____
black / bloody stools_____
problems urinating_____
**SKIN / LYMPH / MS**
rash / swelling_____
joint pain_____
(all systems neg except as marked)

**PAST HX** __negative   * = MI risk factors
*high blood pressure_____   emphysema_____
*diabetes Type 1   Type 2   collapsed lung_____
   diet / oral / insulin_____   stroke_____
*high cholesterol_____   peptic ulcer_____
*heart disease_____   documented? yes no
   heart attack (MI)_____   gall stones_____
   angina / heart failure   kidney disease / dialysis_____
DVT / PE risk factors   GERD / liver disease / pancreatitis
   cast cancer recent surgery   *TAD risk factors:
   leg swelling bedridden paralysis   pregnancy connective tissue
                                       Turners etc coarctation of aorta

Bipolar

**Surgeries // Procedures** __none
cardiac bypass_____   tonsillectomy_____
cardiac cath / stent_____   cholecystectomy_____
angioplasty_____   appendectomy_____
thrombolytics_____   hysterectomy_____
pacemaker_____   endoscopy_____
stress test_____   dental work_____
_____   indwelling device line / port
_____   catheter / dialysis graft

**Medications** none see nurses note   **Allergies** NKDA
NSAID acetaminophen BCP's_____   see nurses note
ASA within last 24 hours_____

**SOCIAL HX** *(smoker)_____ *drug use / abuse (cocaine / IV)_____
recent ETOH_____

**FAMILY HX** *CAD ( less than 55yo / greater than 55yo )_____
aortic aneurysm_____   PE_____

ACCT#075885491 MR#000209691
**PHILLIPS, NANCY A**
06/13/1962 F45 1017-ROBA, ANTENEH T .
Houston Northwest Medical Center 02/08/2008 65 3

PRINTED BY: GERMAINNKENNARD
DATE: 11/13/2008

AWN000152

☑ Nursing Assessment reviewed  ☑ Vitals reviewed  ☐ bilateral BP's reviewed

## PHYSICAL EXAM

**LABS, EKG & XRAYS** K P I 1 2 0 1 3

**General Appearance**
- ☐ no acute distress
- ☑ Alert

___ mild / moderate / severe distress_____
___ anxious / lethargic_____

**EENT**
- ☑ eyes nml inspection
- ☑ ENT nml inspection
- ☑ pharynx nml

___ scleral icterus / pale conjunctivae_____
___ EOM palsy / anisocoria_____
___ pharyngeal erythema_____
___ abnml TM / hearing deficit_____
___ abnormal oral exam_____

**NECK**
- ☑ nml inspection
- ☑ no carotid bruit

___ thyromegaly_____
___ lymphadenopathy_____
___ subcutaneous emphysema_____

**RESPIRATORY**
- ☑ no resp. distress
- ☑ chest non-tender
- ☑ nml breath sounds
- ☑ no pleuritic chest pain

___ see diagram
___ respiratory distress_____
___ manifests distinct pain on movement
    R / L arm     trunk_____
___ splinting / decr air mvmnt_____
___ wheezes / rales / rhonchi_____

**CVS**
- ☑ regular rate, rhythm
- ☑ no murmur
- ☑ no gallop
- ☑ no friction rub
- ☑ pulses full / equal

___ irregularly irregular rhythm_____
___ extrasystoles ( occasional / frequent )_____
___ tachycardia / bradycardia_____
___ PMI displaced laterally_____
___ JVD present_____
___ murmur   grade __/6   sys / dias_____
    cresc / cresc-decresc / decresc
___ gallop ( S3 / S4 )_____
___ friction rub / Hamman's crunch_____
___ decreased pulse(s)_____
    R carotd___ fem___ dors ped___
    L carotd___ fem___ dors ped___

T = tenderness
G = guarding
R = rebound
m = mild
mod = moderate
sv = severe
(e.g., Tsv = severe tenderness)

**ABDOMEN**
- ☑ non-tender
- ☑ no organomegaly
- ☑ no distention

___ tenderness / guarding / rebound_____
___ abnml bowel sounds_____
___ hepatomegaly / splenomegaly / mass_____
___ bruit_____

**RECTAL**
- ☐ non-tender
- ☐ heme neg stool

___ black / bloody / heme pos. stool_____
___ tenderness_____

**SKIN**
- ☑ color nml, no rash
- ☑ warm, dry

___ cyanosis / diaphoresis / pallor_____
___ skin rash  zoster-like_____
___ embolic lesions_____
___ signs of IVDA_____
___ pedal edema_____

**EXTREMITIES**
- ☑ non-tender
- ☑ normal ROM
- ☑ no pedal edema
- ☑ no calf tenderness

___ calf tenderness_____
___ clubbing_____
___ Homan's sign_____
___ CORDS_____

**NEURO / PSYCH**
- ☑ oriented x3
- ☑ mood / affect nml
- ☑ CN's nml as tested
- ☑ no motor / snsry deficit

___ disoriented to person / place / time_____
___ depressed affect_____
___ facial droop_____
___ weakness / sensory loss_____

Chest Pain - 33

| CBC | | Chemistries | | | |
|---|---|---|---|---|---|
| normal except | | normal except | | CK___ | normal except |
| WBC___ | | Na___ | | CKMB___ | WBC___ |
| Hgb___ | | K___ | | Troponin___ | RBC___ |
| Hct___ | | Cl___ | | Biosite___ | bacteria___ |
| Platelets___ | | CO2___ | | BNP___ | dip:___ |
| segs___ | | Ca___ | | PT___ | ___ |
| bands___ | | Glu  115 | | PTT___ | ___ |
| lymphs___ | | Creat___ | | INR___ | ___ |
| monos___ | | Bun___ | | D-Dimer___ | ___ |

**EKG MONITOR STRIP**   __NSR   ___Rate___

EKG  ☑ NML  ☑ Interp. by me  ☐ Reviewed by MD   Rate___
___ NSR   ___ nml intervals   ___ nsm axis   ___ nml QRS   ___ nml ST/T
not / changed from:___
Repeat EKG-  ___ unchanged / ___
CXR  ☑ Interp. by me  ☐ Reviewed by MD  ☐ Discsd w/ radiologist
___ nml / NAD   ___ no infiltrates   ___ nml heart size   ___ nml mediastinum
not / changed from:___
Pulse Ox __96__%  on (RA)/___  L / ___% Interp __(nml)__

**TREATMENT**      Medications Given:  time:___
ASA  ACE inhibitor  Beta Blockers  Thrombolytics  Nitrates  PCI
**Discharge Medications:**___

**PROGRESS**
Time___      unchanged      improved      re-examined

___ Quality measures addressed   ___ see addendum_____
___ Discussed with Dr.___      ___Time___
___ will see patient in:  ED / hospital / office
☑ Counseled patient / family regarding___
___ lab / rad. results  diagnosis  need for follow-up   family  caretaker  paramedics
___ prior records ordered      ___ Rx given
CRIT CARE TIME  (excluding separately billable procedures)
      30-74 min   75-104 min ___ min

## CLINICAL IMPRESSION

| ☐ Chest Pain | ☐ Acute MI |
|---|---|
| precordial / painful respirations | ☐ Pneumonia |
| chest wall / discomfort | Pericarditis - acute |
| tightness / pressure / angina | Acute Aortic Dissection |
| Dyspnea - acute | Pulmonary Embolism |
| Costochondritis - acute | Acute Pulmonary Edema |
| Myofascial Strain - acute | CHF |
| Viral Syndrome - acute | Atrial Fibrillation - rapid vent. response |
| Bronchitis - acute | controlled  uncontrolled  new-onset |
| Viral Pleuritis (Pleurisy) | acute  chronic |
| Abnormal EKG | Pneumothorax |
| GERD | Pneumomediastinum |

DISPOSITION-  ☐ transferred  ☐ observation  ☑ home  ☐ admit
              ☐ expired  ☐ AMA  ☐ elopement  ☐ DOA
CONDITION-   ☐ good  ☑ fair  ☐ poor  ☐ critical  ☑ stable
             ☐ unchanged ___

_____ **MLP SIGNATURE**

**ATTENDING NOTE:**
___ MLP's history reviewed, patient interviewed and examined.
Briefly, pertinent HPI is:___

_____
**Physician Signature**                          Date

ACCT#075885491  MR#000209691
PHILLIPS, NANCY A
06/13/1962 F45 1017-R08A, ANTENEH T -
Houston Northwest Medical Center 02/00/2008 65 3

## Houston Northwest Medical Center
### Clinical Laboratory
**North Houston Pathology Associates, L.L.P.**
710 F.M. 1960 West
Houston, Texas 77090

Telephone: (281) 440-2160

Patient Name: **PHILLIPS, NANCY A**
Date Of Birth: **06/13/62**
Age: **45Y**
Sex: **F**
Physician: **ROBA, ANTENEH T, MD**
Diagnosis:

Medical Record No: **000209691**
Encounter No: **075885491**
Admit Date: **02/06/08**
Discharge Date: **02/06/08**

### DEPT: HEMATOLOGY SECTION

**CBC**

|  | 02/06/08 09:25 | Reference | Units |
|---|---|---|---|
| WBC | 6.0 | 3.8-11.6 | K/cumm |
| RBC | 4.71 | 3.70-5.10 | M/cumm |
| HEMOGLOBIN | 13.1 | 12.0-15.0 | gm/dl |
| HEMATOCRIT | 39.6 | 35.7-44.8 | % |
| MCV | 84 | 80-100 | fl |
| MCH | 27.8 | 26.2-33.8 | pg |
| MCHC | 33.0 | 31.7-35.1 | gm/dl |
| RDW | 12.9 | 11.3-14.5 | % |
| PLATELET | 337 | 130-408 | K/cumm |
| SEGS | 69 | 50-70 | % |
| LYMPHS | 25 | 20-40 | % |
| MONOS | 5 | 1-10 | % |
| EOS | 1 | 1-5 | % |
| BASOPHILS | 0 | 0-2 | % |
| SEGS,ABSOLUTE COUNT | 4.1 | 1.90-7.20 | K/cumm |
| LYMPHS,ABSOLUTE COUNT | 1.5 | 1.10-2.70 | K/cumm |
| MONOS,ABSOLUTE COUNT | 0.3 | 0.30-0.80 | K/cumm |
| EOSINOPHILS, ABSOLUTE COUNT | 0.1 | 0.00-0.50 | K/cumm |
| BASOPHILS, ABSOLUTE COUNT | 0.0 | 0.00-0.10 | K/cumm |

### DEPT: CHEMISTRY SECTION

### Basic Metabolic Panel

|  | 02/06/08 09:25 | Reference | Units |
|---|---|---|---|
| SODIUM | 138 | 135-145 | mmol/L |
| POTASSIUM | 4.1 | 3.6-5.0 | mmol/L |
| CHLORIDE | 106 | 101-111 | mmol/L |
| CO2 | 26 | 21-31 | mmol/L |
| CALCIUM | 9.1 | 8.5-10.5 | mg/dl |
| GLUCOSE | 113 H | 70-100 | mg/dl |

***** **LAB DISCHARGED REPORT** *****

Patient Name: **PHILLIPS, NANCY A**   Location: **EMERGENCY ROOM**
Patient Number: **000209691**   Encounter Number: **075885491**
Run Date and Time: **03/07/08 04:51**

AWN000154

**Houston Northwest Medical Center**
Clinical Laboratory
North Houston Pathology Associates, L.L.P.
710 F.M. 1960 West
Houston, Texas 77090

Telephone: (281) 440-2160

| Patient Name: | PHILLIPS, NANCY A | | Medical Record No: | 000209691 |
|---|---|---|---|---|
| Date Of Birth: | 06/13/62 | | Encounter No: | 075885491 |
| Age: | 45Y | | Admit Date: | 02/06/08 |
| Sex: | F | | Discharge Date: | 02/06/08 |
| Physician: | ROBA, ANTENEH T, MD | | | |
| Diagnosis: | | | | |

| | 02/06/08 09:25 | Reference | Units |
|---|---|---|---|
| CREAT | 0.8 | 0.5-1.2 | mg/dl |
| BUN | 7 | 6-20 | mg/dl |

### DEPT: CARDIAC ENZYME SECTION

| | 02/06/08 09:25 | Normal | Units |
|---|---|---|---|
| CK | 317 HC[1] | 0-210 | IU/L |
| TROPI | 0.000[2] | 0.000-0.034 | ng/ml |
| CKMB | 0.0 | 0.0-2.4 | ng/ml |
| RI % | 0.0[3] | 0.0-2.0 | % |

---

[1]NOTIFIED VINCE HERBERT IN ER 2/6/08, 1000-CL

[2]>0.034 ng/ml Lower Reference Limit.
>0.120 ng/ml Upper Reference Limit.
    *Lower reference limit suggests minimal cardiac damage.
    *Upper reference limit suggests probable MI.

| [3]CKMB Screen | Relative Index (RI) | Interpretation |
|---|---|---|
| <2.4 ng/ml | | Negative* |
| >2.4 ng/ml | <2.0% | Inconclusive* |
| >2.4 ng/ml | >2.0% | Positive |

*Negative or inconclusive results do not exclude Myocardial Infarction. Serial tests at appropriate intervals may be necessary.

| Patient Name: | PHILLIPS, NANCY A | Location: | EMERGENCY ROOM |
|---|---|---|---|
| Patient Number: | 000209691 | Encounter Number: | 075885491 |
| Run Date and Time: | 03/07/08 04:51 | | |

PRINTED BY: GERMAINNKENNARD
DATE: 13/07/2008 Report Type: Medical Records Report

AWN000155

```
02/06/08 0856    PHILLIPS,NANCY A                              000209691

06/13/62    45Y    F    EQE            A075885491      02/06/08 0942

02/06/08 0919    1918916    0004   ROBA,ANTENEH T

ROBA,ANTENEH T                  710 FM 1960 WEST
                                HOUSTON, TX  77090

                                        ROBA,ANTENEH T
```

```
   Chk-in #    Order    Exam

    1918916    0004     1624   ER XR CHEST 1 VIEW
                        Ord Diag: cp
```

Chest pain

FINDINGS:
1. The lungs are clear.
2. Heart size, mediastinum within normal limits.
3. No large pulmonary nodules or mediastinal lymphadenopathy seen.

CONCLUSION: Unremarkable chest radiograph.

```
        Transcriptionist- Powerscribe
        Read By- GIRISH AGRAWAL, M.D.
        Released By- GIRISH AGRAWAL, M.D.
        Released Date Time- 02/06/08 0942
--------------------------------------------------------------------------------
```

Final
                HOUSTON NORTHWEST MEDICAL CENTER - IMAGING DEPT

PHILLIPS, NANCY

13-Jun-1967
Female    Black

Room: MSE 2
Loc. 2

Technician: LLJ
Test ind: CP

AGE: 40

| | |
|---|---|
| Vent rate | 87 bpm |
| PR interval | 132 ms |
| QRS duration | 76 ms |
| QT/QTc | 376/452 ms |
| P-R-T axes | 60   33   27 |

ACCT #: 07588549

ID: 00209691          6-Feb-2008          8:15:07          HOUSTON NW MEDICAL CENTER

Normal sinus rhythm
Normal ECG

Referred by: ROBA, A

**Poor Original**

Uncomfirmed

E K P 1 1 2 0 1 0

AWN000157



PHILLIPS, NANCY

13-JUL-1967 (40 yr)
Female
Black

Room: MSE 2
Loc: 2

Technician: LLJ
Test ind: CP

| Vent. rate | 87 | BPM |
|---|---|---|
| PR interval | 132 | ms |
| QRS duration | 76 | ms |
| QT/QTc | 376/452 | ms |
| P-R-T axes | 60  33 | 27 |

ID:000209691

ACCT #:07585491

HOUSTON NORTHWEST MEDICAL CENTER-ER   ROUTINE RECORD

06-FEB-2008  08:15:07

Normal sinus rhythm
Normal ECG
No previous ECGs available

Referred by: A ROBA

Electronically Signed By: charlesh. MOORE M.D.

EID:108 EDT: 14:52 07-FEB-2008 ORDER:
Page 1 of 1

PRINTED BY: GERMAINE PINNARD
DATE: 10-13/2008

25mm/s   10mm/mV   40Hz   7.0.2   12SL 237   CID: 1

AWN000158

**Houston Northwest**
Medical Center
Tomei Texas



HNMND

# PNEUMOCOCCAL POLYSACCHARIDE VACCINE

## W H A T   Y O U   N E E D   T O   K N O W

### 1 | Why get vaccinated?

Pneumococcal disease is a serious disease that causes much sickness and death. In fact, pneumococcal disease kills more people in the United States each year than all other vaccine-preventable diseases combined. Anyone can get pneumococcal disease. However, some people are at greater risk from the disease. These include people 65 and older, the very young, and people with special health problems such as alcoholism, heart or lung disease, kidney failure, diabetes, HIV infection, or certain types of cancer.

Pneumococcal disease can lead to serious infections of the lungs (pneumonia), the blood (bacteremia), and the covering of the brain (meningitis). About 1 out of every 20 people who get pneumococcal pneumonia dies from it, as do about 2 people out of 10 who get bacteremia and 3 people out of 10 who get meningitis. People with the special health problems mentioned above are even more likely to die from the disease.

Drugs such as penicillin were once effective in treating these infections; but the disease has become more resistant to these drugs, making treatment of pneumococcal infections more difficult. This makes prevention of the disease through vaccination even more important.

### 2 | Pneumococcal polysaccharide vaccine (PPV)

The pneumococcal polysaccharide vaccine (PPV) protects against 23 types of Pneumococcal bacteria. Most healthy adults who get the vaccine develop protection to most or all of these types within 2 to 3 weeks of getting the shot. Very old people, children under 2 years of age, and people with some long-term illnesses might not respond as well or at all.

### 3 | Who should get PPV?

- All adults 65 years of age or older.

- Anyone over 2 years of age who has a long-term health problem such as:
  - heart disease
  - lung disease
  - sickle cell disease
  - diabetes
  - alcoholism
  - cirrhosis
  - leaks of cerebrospinal fluid

- Anyone over 2 years of age who has a disease or condition that lowers the body's resistance to infection, such as:
  - Hodgkin's disease
  - lymphoma, leukemia
  - kidney failure
  - multiple myeloma
  - nephrotic syndrome
  - HIV infection or AIDS
  - damaged spleen, or no spleen
  - organ transplant

- Anyone over 2 years of age who is taking any drug or treatment that lowers the body's resistance to infection, such as:
  - long-term steroids
  - certain cancer drugs
  - radiation therapy

- Alaskan Natives and certain Native American

Pneumococcal Polysaccharide          7/29/97

PRINTED BY: GERMAINNKENNARD
DATE: 11/13/2008

ACCT#075885491  MR# 000209691
**PHILLIPS, NANCY A**
DOB: 06/13/1962  F  45  1017  ROBA, ANTENEH T
02/06/2008  65  PHILLIPS, NANCY A

AWN000159

HNMND

## 4 How many doses of PPV are needed?

Usually one dose of PPV is all that is needed.

However, under some circumstances a second dose may be given.

- A second dose is recommended for those people aged 65 and older who got their first dose when they were under 65, if 5 or more years have passed since that dose.

- A second dose is also recommended for people who:
  - have a damaged spleen or no spleen
  - have sickle-cell disease
  - have HIV infection or AIDS
  - have cancer, leukemia, lymphoma, multiple myeloma
  - have kidney failure-have nephrotic syndrome
  - have had an organ or bone marrow transplant
  - are taking medication that lowers immunity (such as chemotherapy or long-term steroids)

Children 10 years old and younger may get this second dose 3 years after the first dose. Those older than 10 should get it 5 years after the first dose.

## 5 Other facts about getting the vaccine

- Otherwise, healthy children who often get ear infections, sinus infections, or other upper respiratory diseases do not need to get PPV because of these conditions.

- PPV may be less effective in some people, especially those with lower resistance to infection. But these people should still be vaccinated, because they are more likely to get seriously ill from pneumococcal disease.

- **Pregnancy:** The safety of PPV for pregnant women has not yet been studied. There is no evidence that the vaccine is harmful to either the mother or the fetus, but pregnant women should consult with their doctor before being vaccinated. Women who are at high risk of pneumococcal disease should be vaccinated before becoming pregnant, if possible.

## 6 What are the risks from PPV?

PPV is very safe vaccine.

About half of those who get the vaccine have very mild side effects, such as redness or pain where the shot is given.

Less than 1% develop a fever, muscle aches, or more severe local reactions.

Severe allergic reactions have been reported very rarely.

As with any medicine, there is a very small risk that serious problems, even death, could occur after getting a vaccine.

Getting the disease is much more likely to cause serious problems than getting the vaccine.

## 7 What if there is a serious reaction?

**What should I look for?**
- Severe allergic reaction (hives, difficulty breathing, shock).

**What should I do?**
- **Call** a doctor, or get the person to a doctor right away.
- **Tell** your doctor what happened, the date and time it happened, and when the vaccination was given.
- **Ask** your doctor, nurse, or health department to report the reaction by filing a Vaccine Adverse Event Reporting System (VAERS) form.
  Or you can file this report through the VAERS web site at www.vaers.org, or by calling 1-800-822-7967.
  *VAERS does not provide medical advice.*

## 8 How can I learn more?

- Ask your doctor or nurse. They can give you the vaccine package insert or suggest other sources of information.
- Call your local or state health department.
- Contact the Centers for Disease Control and Prevention (CDC):
  - Call **1-800-232-4636 (1-800-CDC-INFO)** or
  - Visit the National Immunization Program website at **www.cdc.gov/nip**

 

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CENTERS FOR DISEASE CONTROL AND PREVENTION**
**NATIONAL IMMUNIZATION PROGRAM**

| Pneumococcal | (7/29/97) | Vaccine Information Statement |

---



ACCT#075885491   MR# 000209691
**PHILLIPS, NANCY A**
DOB: 06/13/1962 F 45 1017 ROBA, ANTENEH T
02/06/2008 65 3

PRINTED BY: GERMAINNKENNARD
DATE: 11/13/2008

AWN000160

**Houston Northwest**
Medical Center

Tenet Texas



HNMND

# INACTIVATED INFLUENZA VACCINE
## (WHAT YOU NEED TO KNOW) 2006-07

### 1 | Why get vaccinated?

**Influenza ("flu") is a contagious disease.**

It is caused by the influenza virus, which spreads from person to person through coughing or sneezing.

Other illnesses have the same symptoms and are often mistaken for influenza. But only the influenza virus can cause influenza.

Anyone can get influenza. For most people, it lasts only a few days. It can cause:
- · fever      · sore throat    · chills        · fatigue
- · cough     · headache      · muscle aches

Some people get much sicker. Influenza can lead to pneumonia and can be dangerous for people with heart or breathing conditions. It can cause high fever and seizures in children. Influenza kills about 36,000 people each year in the United States, mostly among the elderly.

**Influenza vaccine can prevent influenza.**

### 2 | Inactivated Influenza vaccine

There are two types of influenza vaccine:

An inactivated (killed) vaccine, or "flu shot," has been used in the United States for many years. It is given by injection.

A live, weakened vaccine was licensed in 2003. It is sprayed into the nostrils. This vaccine is described in a separate Vaccine Information Statement.

Influenza viruses are always changing. Therefore, influenza vaccines are updated every year, and an annual vaccination is recommended.

For most people influenza vaccine prevents serious influenza-related illness. It will not prevent "influenza-like" illnesses caused by other viruses.

It takes about 2 weeks for protection to develop after the vaccination, and protection can last up to a year.

Inactivated influenza vaccine may be given at the same time as other vaccines, including pneumococcal vaccine.

Some inactivated influenza vaccine contains thimerosal, a preservative that contains mercury. Some people believe thimerosal may be related to developmental problems in children. In 2004 the Institute of Medicine published a report concluding that, based on scientific studies, there is no evidence of such a relationship. If you are concerned about thimerosal, ask your doctor about thimerosal-free influenza vaccine.

### 3 | Who should get inactivated Influenza vaccine?

Inactivated influenza vaccine can be given to people 6 months of age and older. It is recommended for people who are at risk of complications from influenza, and for people who can spread influenza to those at high risk (including all household members):

**People at high risk for complications from influenza:**

People 65 years of age and older.
Residents of long-term care facilities housing persons with chronic medical conditions.
People who have long-term health problems with:
- heart disease          - kidney disease
- lung disease          - metabolic disease, such as diabetes
- asthma               - anemia, and other blood disorders

People with certain muscle or nerve disorders (such as seizure disorders or severe cerebral palsy) that can lead to breathing or swallowing problems.

People with a weakened immune system due to:
- H.I.V. AIDS or other diseases affecting the immune system
- long-term treatment with drugs such as steroids
- cancer treatment with x-rays or drugs

People 6 months to 18 years of age on long-term aspirin treatment (these people could develop Reye Syndrome if they got influenza).

Women who will be pregnant during influenza season.

**All children 6-59 months of age.**

**People who can spread influenza to those at high risk:**

**Household contacts and out-of-home caretakers** of infants from 0 through 59 months of age.

Physicians, nurses, family members, or anyone else in close contact with people at risk of serious influenza.

Influenza vaccine is also recommended for adults 50 through 64 years of age and anyone else who wants to reduce their chance of getting influenza.

A yearly influenza vaccination should be considered for:

People who provide essential community services.

People living in dormitories or under other crowded conditions, to prevent outbreaks.

People at high risk of influenza complications who travel to the Southern hemisphere between April and September, or to the tropics or in organized tourist groups at any time.

**CDC Inactived Vaccine Information**
**Page 1 of 2**



ACCT#075885491   MR# 000209691

**PHILLIPS, NANCY A**

DOB: 06/13/1962  F  45  1017 ROBA, ANTENEH T
02/06/2008  65  PHILLIPS, NANCY A

AWN000161

HNMND

## 4  When should I get influenza vaccine?

The best time to get influenza vaccine is in October or November.

Influenza season usually peaks in February, but it can peak anytime from November through May. So getting the vaccine in December, or even later, can be beneficial in most years.

Some people should get their flu shot in *October* or earlier:
- people **50 years of age and older**,
- younger people at **high risk** from influenza and its complications(**including children 6 through 59 months of age**),
- household contacts of people at high risk,
- **health care workers**, and
- **children younger than 9 years of age** getting influenza vaccine for the first time.

Most people need one flu shot each year. **Children younger than 9 years of age getting influenza vaccine for the first time** should get 2 doses, given at least one month apart.

## 5  Some people should talk with a doctor before getting influenza vaccine

Some people should not get inactivated influenza vaccine or should wait before getting it.

- Tell your doctor if you have any **severe** (life-threatening) allergies. Allergic reactions to influenza vaccine are rare.
  - Influenza vaccine virus is grown in eggs. People with a severe egg allergy should not get the vaccine.
  - A severe allergy to any vaccine component is also a reason to not get the vaccine.
  - If you have had a severe reaction after a previous dose of influenza vaccine, tell your doctor.
- Tell your doctor if you ever had Guillain-Barré Syndrome (a severe paralytic illness, also called G.B.S.). You may be able to get the vaccine, but your doctor should help you make the decision.
- People who are moderately or severely ill should usually wait until they recover before getting flu vaccine. If you are ill, talk to your doctor or nurse about whether to reschedule the vaccination. People with a mild illness can usually get the vaccine.

## 6  What are the risks from inactivated influenza vaccine?

A vaccine, like any medicine, could possibly cause serious problems, such as severe allergic reactions. The risk of a vaccine causing serious harm, or death, is extremely small.

Serious problems from influenza vaccine are very rare. The viruses in inactivated influenza vaccine have been killed, so you cannot get influenza from the vaccine.

**Mild problems:**
· soreness, redness, or swelling where the shot was given
· fever        · aches

| Vaccine Information Statement | |
|---|---|
| Inactivated Influenza Vaccine (6/30/06) | 42 U.S.C. §300aa-26 |

If these problems occur, they usually begin soon after the shot and last 1 to 2 days.

**Severe problems:**

- Life-threatening allergic reactions from vaccines are very rare. If they do occur, it is within a few minutes to a few hours after the shot.

- In 1976, a certain type of influenza (swine flu) vaccine was associated with Guillain-Barré Syndrome (G.B.S.). Since then, flu vaccines have not been clearly linked to G.B.S. However, if there is a risk of G.B.S. from current flu vaccines, it would be no more than 1 or 2 cases per million people vaccinated. This is much lower than the risk of severe influenza, which can be prevented by vaccination.

## 7  What if there is a severe reaction?

**What should I look for?**
- Any unusual condition, such as a high fever or behavior changes. Signs of a serious allergic reaction can include difficulty breathing, hoarseness or wheezing, hives, paleness, weakness, a fast heart beat or dizziness.

**What should I do?**
- Call a doctor, or get the person to a doctor right away.
- Tell your doctor what happened, the date and time it happened, and when the vaccination was given.
- Ask your doctor, nurse, or health department to report the reaction by filing a Vaccine Adverse Event Reporting System (VAERS) form. Or you can file this report through the VAERS web site at www.vaers.hhs.gov, or by calling 1-800-822-7967. *VAERS does not provide medical advice.*

## 8  The National Vaccine Injury Compensation Program

In the event that you or your child has a serious reaction to a vaccine, a federal program has been created to help pay for the care of those who have been harmed.

For details about the National Vaccine Injury Compensation Program, call **1-800-338-2382** or visit their website at www.hrsa.gov/vaccinecompensation.

## 9  How can I learn more?

- Ask your immunization provider. They can give you the vaccine package insert or suggest other sources of information.
- Call your local or state health department.
- Contact the Centers for Disease Control and Prevention (CDC):
  - Call **1-800-232-4636 (1-800-CDC-INFO)**
  - Visit CDC's website at **www.cdc.gov/flu**




**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CENTERS FOR DISEASE CONTROL AND PREVENTION**
NATIONAL CENTER FOR IMMUNIZATION AND RESPIRATORY DISEASES

**CDC Inactivated Information**
Page 2 of 2

PRINTED BY: GERMAINNKENNARD
DATE: 11/13/2008



ACCT#075885491   MR# 000209691
**PHILLIPS, NANCY A**
DOB: 06/13/1962 F 45 1017 ROBA, ANTENEH T
02/06/2008 65 3

▌**Houston Northwest**
▌Medical Center

Tenet Texas


HNMND

**Nicotine: A Powerful Addiction**

If you have tried to quit in the past, you know how hard it is. For some people, nicotine can be as addicting as cocaine or heroin. Quitting is difficult! It takes many people 2 or 3 tries to quit before being successful on a long-term basis.

**Why Quit?**

You will live longer and better! Quitting will decrease your chances of a heart attack, of a stroke or many kinds of cancer. If you are pregnant, quitting will increase your chances of having a healthy baby. You will not expose people around you to second hand smoke. You will decrease your expenses and have more money to spend on other things.

## Some Benefits of Quitting

### In 20 minutes:
Your blood pressure and your pulse rate returns to normal.

### In 8 hours:
The carbon monoxide level in your blood drops to normal while the oxygen level in your blood increases to normal.

### In 24 hours:
Your chances of a heart attack decreases.

### In 48 hours:
Your nerve endings start regrowing and your ability to smell and taste is increased.

### In 1 to 9 months:
Your coughing, congestion, fatigue, and shortness of breath decrease. Your lungs increase their ability to handle mucus, reduce infection and your body's overall energy increases.

## Setting a Quit Date and Deciding on a Plan

Here are some steps to help you prepare for your Quit Day:

♦ Pick the date and mark it on your calendar.
♦ Tell friends and family of your quit day.
♦ Stock up on sugarless gum, carrot sticks, and hard candy.
♦ Decide on a plan. Will you use nicotine replacement therapy? Will you attend a smoking cessation class? If so, sign up now.
♦ Practice saying, "No thank you, I don't smoke."
♦ Set up a support system. This could be a group or a class, Nicotine Anonymous, or a friend who has successfully quit and is willing to help you.

## Quit Day Suggestions

♦ Do not smoke.
♦ Get rid of all cigarettes, lighters, ashtrays, and any other items related to smoking.
♦ Keep active- try walking, exercising, or doing other activities or hobbies.
♦ Drink lots of water and juices while limiting caffeine.
♦ Attend stop-smoking classes or follow a self-help plan.
♦ Avoid high-risk situations where the urge to smoke is strong.
♦ Reduce or avoid alcohol.
♦ Use the four A's (avoid, alter, alternatives, activities) to deal with tough situations.
♦ Please speak with your doctor or your nurse regarding nicotine replacement therapy.

EID38 0305

**Smoking Cessation**
Page 1 of 2

PRINTED BY: GERMAINNKENNARD
DATE: 11/13/2008

ACCT#075885491  MR# 000209691
**PHILLIPS, NANCY A**
DOB: 06/13/1962 F  45  1017 ROBA, ANTENEH T
02/06/2008 65 PHILLIPS, NANCY A

AWN000163

HNMND

## Staying Quit (Maintenance)

Think ahead to those times when you may be tempted to smoke and plan on how you will use alternatives and activities to cope with these situations. The unexpected strong desires to smoke that occur, sometimes months (or even years) after you've quit can be very dangerous. Try the following:

♦ Review your reasons for quitting and think of all the benefits to your health, your finances, and your family.
♦ Remind yourself that there is no such thing as just one cigarette- or even one puff.
♦ Ride out the desire to smoke. It will go away, but do not fool yourself into thinking you can have just one cigarette.
♦ Be prepared for relapse or difficult situations; you may feel more irritable or depressed initially when you stop smoking – Be active, listen to happy music, and treat yourself to something that will improve your mood.

***Remember, the most important thing to your present and future health is to stop smoking!***

## What to Look for in a Stop-Smoking Group or Class

Stop smoking programs are designed to help smokers recognize and cope with problems that come up during quitting and to provide support and encouragement. Studies have shown that the best programs will include either individual or group counseling. There is a strong association between the intensity of counseling and the success rate. In general, the more intense the program, the greater the likelihood of success. Intensity may be increased by having more or longer sessions or by increasing the number of weeks over which the sessions are given. So, when considering a program, look for one that has the following:

♦ Session length – at least 20 minutes
♦ Number of sessions – at least 4 to 7
♦ Number of weeks at least 2 weeks

Be certain the leader of the group is trained in smoking cessation. Some communities have a Nicotine Anonymous group, which applies the principles of Alcoholics Anonymous to the addiction of smoking. There is no fee to attend.

## Where Can I Go for Additional Help?

It is hard to fight any addiction and smoking is no different. But you can quit! More than 40 million Americans have successfully quit smoking.

Smoking Quitline **1-877-937-7848**
American Heart Association **1-800-242-8721**
    www.americanheart.org
American Cancer Society **713-266-2877**
    www.cancer.org
American Lung Association **713-629-1600**
    www.lungusa.org
National Cancer Institute **1-800-422-6237**
    www.nci.gov
Office on Smoking &Health National Center for Chronic Disease Prevention and Health
    Promotion 1-**800-232-1311**
    www.cdc.gov/tobacco
For Pregnant Women:
American College of Obstetricians and Gynecologists **1-202-638-5577**

Credits:
Adapted from U.S. Dept of Health and Human Services Brochure: **You Can Quit Smoking.** June 2000. And the
**American Cancer Society** Complete Guide to Quitting.

EID38  0305

**Smoking Cessation**
Page 2 of 2

ACCT#075885491   MR# 000209691
**PHILLIPS, NANCY A**
DOB: 06/13/1962  F  45  1017  ROBA, ANTENEH T
02/06/2008  65  3

PRINTED BY: GERMAINNKENNARD
DATE: 11/13/2008

**Houston Northwest**
Medical Center
Tenet Texas


HNMLG

### 1. Consent to Medical and Surgical Procedures

I, the patient identified below or the patient's legally authorized representative, consent to the procedures which may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, and which may include, but are not limited to, laboratory procedures, including testing of blood or other bodily fluid to determine the presence of any communicable disease such as, to the extent allowed by law, Hepatitis and Human Immunodeficiency Virus (the causative agent of AIDS), x-ray examination, medical and surgical treatment or procedures, anesthesia, or hospital services rendered for the patient under the general and special instructions of my/the patient's physician or surgeon. I further consent to my/the patient's physician or surgeon or his/her designees including other practitioners and hospital personnel, which may include health care professionals in training, performing or administering all tests, services or treatments indicated as previously described.

### 2. Consent to Vaccine

I consent to administration of pneumococcal(pneumonia) vaccine and influenza vaccine(Oct-March) as determined by nursing screening and medical staff protocol.

### 3. Consent to Photograph

I permit the hospital to photograph as a part of the documentation of my/the patient's medical/surgical condition. These photographs will be maintained as part of my/the patient's permanent medical record. I understand and acknowledge that the hospital is permitted to use cameras to monitor all patients.

### 4. Nursing Care

I understand and acknowledge that this hospital will provide nursing care to meet my/the patient's needs in accordance with accepted standards of nursing practices. If I/the patient desire sitter services or the services of a private duty nurse to provide personal care needs, I understand that such retention of such services is my responsibility and I agree to notify the hospital if I intend to arrange for additional or private duty nursing. I also understand and acknowledge that the hospital may use cameras or other devices for patient monitoring.

### 5. Smoking Cessation

☑ I am not a smoker, but have received a copy of the smoking cessation information to share with my family member or friend who is a smoker.

☐ I am a smoker and have received a copy of the smoking cessation information and have been advised on the need to stop smoking. I understand that I am free to ask for more information and guidance on how to stop smoking.

☐ I am a smoker and do not wish to receive information or advised on smoking cessation at this time.

---

**The undersigned certifies that I have read the foregoing, received a copy thereof, and I am the patient, the patient's legal representative, or I am duly authorized by the patient as the patient's general agent to execute the above and accept its terms.**

_2/6/09_
Date

_Nancy Phillips_
Patient/Patient's Authorized Signature

If other than patient, indicate relationship                Witness                Witness

EID3 0106

**Consent for Treatment**

PRINTED BY: GERMAINNKENNARD
DATE: 11/13/2008

ACCT#075885491   MR# 000209691
**PHILLIPS, NANCY A**
DOB: 06/13/1962 F 45 1017 ROBA, ANTENEH T
02/06/2008 65 PHILLIPS, NANCY A

AWN000165

# Houston Northwest
Medical Center

Tenet Texas



HNMLG

## 1.  Financial Responsibility

In consideration of services rendered or to be rendered to patient, the undersigned, whether he/she is the patient, patient's relative, patient's legal guardian, representative, agent, other individual or entity, hereby obligates himself/herself individually, to the hospital, physicians, surgeons, emergency department physicians, radiologists, pathologists, anesthesiologists, and consultants involved in the patient's care and agrees to pay for any and all charges and expenses incurred or to be incurred. It is agreed and understood that regardless of any and all assigned benefits/monies, I, as the designated responsible party, am responsible for the total charges for services rendered, and I further agree that all amounts are due upon request and are payable to the hospital, and the appropriate physicians, surgeons, emergency department physicians, radiologists, pathologists, anesthesiologists and consultants involved in patient's care and agree to pay for any and all charges and expenses incurred or to be incurred. It is further agreed and understood that should this account become delinquent and it becomes necessary for the account to be referred to an attorney or collection agency for collection or suit, I, as the designated responsible party or entity, shall pay all patient charges, reasonable attorney's fees and collection expenses. I agree that if this account results in a credit balance, the credit amount will be applied to any outstanding accounts, either current or bad debt. All delinquent accounts may be charged interest at the maximum rate allowed by law.

## 2.  Assignment of Benefits to Hospital and Hospital-Based Physician

In consideration of services rendered or to be rendered, I hereby irrevocably assign and transfer to the hospital, and hospital-based physicians (e.g., radiologists, pathologists, anesthesiologists, emergency department physicians) all rights, title and interest in all benefits/monies payable for services/supplies rendered, including but not limited to group medical/indemnity/self-insured/ERISA benefits/coverage, PIP, UIM/UM, auto/homeowner insurance, and in all causes of action against any party or entity that may be responsible for payment of benefits/monies regardless of whether or not I ultimately settle my claim with a non-admission of liability provision. I fully understand that in the event the hospital and/or hospital-based physicians files a claim on my behalf that the same does not impose any contractual obligation or otherwise upon the hospital and/or hospital-based physicians, and that, notwithstanding the irrevocable nature of this Assignment of Cause of Action and Benefits. I remain fully responsible for instituting, and am expressly authorized by the hospital and hospital-based physicians to institute, suit within the applicable statutes of limitations. I authorize the hospital and/or hospital-based physicians to appeal any denial under my appeal rights provision. It is hereby agreed and understood that any condition precedent, subsequent or otherwise, including, but not limited to, precertification, preauthorization, or second opinions shall remain the sole responsibility of patient and/or the patient's family, legal guardian, representative or agent. I further understand that failure to pre-certify could result in reduced payments from patient's insurance company, leaving the undersigned financially responsible for the non-reimbursed portion of patient's bill. It is further agreed and understood that the obtaining of verification of benefits and/or precertification does not in any form or fashion relieve the patient or the patient's family, other individual or entity signing on behalf of patient, of any liability for the financial responsibility for goods and services provided or to be provided to patient by the hospital and/or hospital-based physicians and any other associated physician. I fully understand and agree that hospital and/or hospital-based physicians shall be entitled to full payment where a third-party accident is involved notwithstanding any benefits payable by a managed care payor on my behalf as third-party bears primary responsibility.

## 3.  Assignment of Cause of Action and Benefits

I, for good and valuable consideration receipt of which is hereby acknowledged, irrevocably assign and transfer, to the hospital, any and all claims, demands, suits, remedies, guarantees, liens and/or causes of action, at law or in equity, either in contract or in tort, statutory or otherwise, to the extent permitted by law, as well as any other claim, in whole or in part, which I may now have or may hereafter hold or possess, known or unknown, on account of, growing out of, relating to or concerning, whether directly or indirectly, proximately or remotely, any acts, omissions, events, transactions or occurrences that have occurred or failed to occur, which resulted in my injuries for which the hospital has provided and/or will provide medical goods and services to me. This Assignment of Cause of Action and Benefits shall be effective against any and all parties or entities that may bear or appear to bear liability for my injuries, including but not limited to, my employer, its direct and indirect subsidiaries, all of its officers, directors, agents, servants, successors, assigns and employees. I further assign and transfer to the hospital, any and all rights (including appeal rights), title and interest in any and all benefits, monies or other form of compensation paid or to be paid on my behalf as a result of this injury/illness. I fully understand that, notwithstanding the irrevocable nature of this Assignment of Cause of Action and Benefits, I remain solely responsible for instituting, and am expressly authorized by the hospital to institute, suit within the applicable statutes of limitations, and that the hospital is not in any form or fashion responsible for instituting suit on my behalf. I understand and agree that this Assignment does not relieve me of my liability or responsibility for any and all charges incurred as a result of medical goods and services provided to me by the hospital.

## 4.  Medicare Patient's Assignment of Benefits and Release of Information

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize release of any information needed to act on this request. I request that payment of authorized benefits be made on my behalf. I assign payment for unpaid charges of the hospital and physician(s) for whom the hospital is authorized to bill in connection with its services. I understand I am responsible for any remaining balance not covered by Medicare or other insurance.

## 5.  Legal Relationship Between Hospital and Physician

All physicians and surgeons furnishing services to the patient, including the Emergency Department physicians, radiologists, pathologists, anesthesiologists and the like, are independent contractors with the patient and are not employees or agents of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered for the patient under the general and special instructions of the physician.

EID1 0604

**Conditions of Services**
Page 1 of 2

ACCT#075885491   MR# 000209691
**PHILLIPS, NANCY A**
DOB: 06/13/1962 F 45 1017 ROBA, ANTENEH T
02/06/2008 65 PHILLIPS, NANCY A

PRINTED BY: GERMAINNKENNARD
DATE: 11/13/2008

AWN000166

## 6. Authorization to Appeal

I hereby authorize the hospital to appeal on my behalf my claim(s) with, if applicable, and/or any payor which denies and/or delays payment of my claim(s). I further authorize that the payors, listed herein and any other payors, release any and all information requested and/or related to my claim(s) to the hospital and/or its attorneys. Unless prohibited by applicable law or regulation, this authorization is irrevocable upon execution by me hereinbelow and any appeal brought by the hospital shall be as if it was brought by me personally.

## 7. Personal Valuables

It is understood and agreed that the hospital maintains a safe for the safekeeping of money and valuables, and the hospital shall not be liable for the loss or damage to any money, jewelry, documents, fur garments, dentures, eye glasses, hearing aids, prosthetics or other articles of unusual value and small size, unless placed in the safe, and shall not be liable for loss or damage to any other personal property, unless deposited with the hospital for safekeeping. The maximum liability of the hospital for loss of any personal property which is deposited with the hospital for safekeeping is limited to five hundred dollars ($500.00) unless a written report for a greater amount has been obtained from the hospital by the patient.

## 8. I have Received the Additional Facility Specific Addendum:

_____ Patient Rights and Responsibilities;
_____ Important Message from Champus;
_____ Important Message from Medicare;
_____ Authorization to Disclose
_____ Other Specific Items as listed here:

_____
_____

_____ Information regarding Advance Directives
_____ Not Applicable
_____ Patient has executed Advance Directives: _____ Yes _____ No Did you bring a copy? _____ Yes _____ No
If no, whom to contact to receive a copy? _____

## 9. Financial Responsibility Agreement by Person Other than the Patient or the Patient's Legal Representative

I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Financial Agreement (Paragraph 1) and Assignment of Benefits to Hospital and Hospital-Based Physicians (Paragraph 2) set forth above.

| | | |
|---|---|---|
| Date | Financially Responsible Party | Witness |

The undersigned certifies that he/she has read and verbalized/demonstrated understanding of the foregoing, received a copy thereof, and is the patient, the patient's legal representative or is duly authorized by the patient as the patient's general agent to execute the above and accept its terms.

_____  X _Nancy Phillips_ _____
Date                        Patient/Parent/Guardian/Conservator/Responsible Party - The above conditions of services have been
                            explained to me and I understand.

_____  _____  _____
If other than patient, indicate relationship   Witness              Witness

**A COPY OF THIS DOCUMENT IS TO BE DELIVERED TO THE PATIENT AND ANY OTHER PERSON WHO SIGNS THIS DOCUMENT**

EID1 0604

**Conditions of Services**
Page 2 of 2

PRINTED BY: GERMAINNKENNARD
DATE: 11/13/2008

ACCT#075885491  MR# 000209691
**PHILLIPS, NANCY A**
DOB: 06/13/1962 F 45 1017 ROBA, ANTENEH T
02/06/2008 65 3

AWN000167

# Houston Northwest
Medical Center
Tenet Texas


HNMLG

A **Notice of Privacy Practices (NPP)** is provided to all patients. This Notice of Privacy Practices identifies: 1) how medical information about you may be used or disclosed; 2) your rights to access your medical information, amend your medical information, request an accounting of disclosures of your medical information, and request additional restrictions on our uses and disclosures of that information; 3) your rights to complain if you believe your privacy rights have been violated; and 4) our responsibilities for maintaining the privacy of your medical information.

The undersigned certifies that he/she has read the foregoing, received a copy of the Notice of Privacy Practices and is the patient, or the patient's personal representative.

_Nancy Phillips_
Name of Patient

X _nancy phillips_
Signature of Patient

_2, 6, 08_
Date Signed

_____
Name of Patient's Personal Representative

_____
Signature of Patient's Personal Representative

_____/_____/_____
Date Signed

_Maria Cabrera_      **FOR INTERNAL USE ONLY**      _RC_
Name of Employee      Signature of Employee

If applicable, reason patient's written acknowledgement could not be obtained

☐ Patient was unable to sign.
☐ Patient refused to sign
☐ Other_____

_C_ (Version: As noted on NPP)

_12805_ (Date: As noted on NPP)

EID7 0204

**Notice of Privacy Practices (NPP)**
**Acknowledgement**

ACCT#075885491  MR# 000209691
**PHILLIPS, NANCY A**
DOB: 06/13/1962 F 45 1017 ROBA, ANTENEH T
02/06/2008 65 PHILLIPS, NANCY A

PRINTED BY: GERMAINNKENNARD
DATE: 11/13/2008

AWN000168

```
4/19/07                      HOUSTON NORTH WEST M.C.                REGISTRATION
00:03:12                     710 FM 1960 W. HOUSTON           TX 77090   RECORD-F01
 **          **         *         *           *        *     **         **
PATIENT NO: 073788325      ADMIT DT/TIME:  4/17/07 11:18 M/R NO: 000209691
NS/ROOM/BED:                 CLINICS: P3                    FILING MR#:    209691
                                                                   BY: AUTO
PATIENT NAME: PHILLIPS, NANCY A                         TITLE:
MAILING ADDR: 14619 ELLA BLVD          SOCIAL SECURITY: 456337729
 CITY/STATE: HOUSTON       TX  77014 2589        PHONE: (281) 875-4424
PHYSICAL ADR:                      NPP: 2.0 DATE: 12/08/03
 CITY/STATE:                           PHONE: (   )
 OCCUPATION:                         LANGUAGE:  EN         FC: 17
      POB: HOUSTON         ADMT PHYS:  3191- DAVIS,GEORGE M    HSV: 65
      DOB: 6/13/1962  ADMT PHYS PHONE: (281) 440-2146 RLG: BP PAR:
      AGE:  44 Y         ATTEND PHYS:  3191- DAVIS,GEORGE M     MS: M
      SEX: F  REF PHY: 3191-DAVIS,GEORGE M   PHN: 281 440-2146  SMK:
     RACE: 2      FATHER'S DOB:          MOTHER'S DOB:           PT: 3
  REF SRC:              FLAG:                                   VAL:
========================================================================
EMER CONTACT: PHILLIPS,LEROY                      REL: SPOUSE
    ADDRESS: 14619 ELLA BLVD                    PHONE: (281) 875-4424
 CITY/STATE: HOUSTON       TX  77014 2589
NEAREST RELT:                                  REL:
    ADDRESS:                                 PHONE: (   )
 CITY/STATE:                         RESEARCH ID:
========================================================================
  GUARANTOR: PHILLIPS, NANCY A                    REL: SELF
  ADDRESS 1: 14619 ELLA BLVD                    PHONE: (281) 875-4424
  ADDRESS 2:                         SOCIAL SECURITY: 456337729
CTY/STE/ZIP: HOUSTON       TX  77014 2589 OCC:              AF:
PAYOR NAME 1: EVERCARE MANAGED MEDICA   INS. PLAN ID: WR572 SRV/TYPE: ALLER
  PLAN NAME: EVERCARE MANAGED MEDICAID        IPA:
BILL C/O NAME:                       AUTH #:
BILL ADDRESS: PO BOX 659777          CERT-SSN-HIC-ID#: 503514989
CTY/STE/CNTRY: HOUSTON     TX  77265 0000   BILL PHONE: (866) 331-2243
 BILLING NAME:                              GP #:
   INSURED: PHILLIPS, NANCY               SEX/REL: F SELF
   EMPLOYER: UNEMPLOYED           MSP: N TRACKING#:
    ADDRESS: 1212 LONE WOLF               EMP PHONE: (214) 000-0000
 CITY/STATE: CARROLLTON    TX  75007         ESC:    3
PAYOR NAME 2:                        INS. PLAN ID:
  PLAN NAME:
BILL C/O NAME:                       AUTH #:
BILL ADDRESS:                        CERT-SSN-HIC-ID#:
CTY/STE/CNTRY:                            BILL PHONE: (   ) 000-0000
 BILLING NAME:                              GP #:
    INSURED:                             SEX/REL:
   EMPLOYER:                         TRACKING#:
    ADDRESS:                              EMP PHONE: (   ) 000-0000
 CITY/STATE:                                 ESC:
========================================================================
  SPAN CODE:                      PRIOR VISIT:  9/02/05
FROM/TO DATE:                    PRIOR HOSPITAL:
CONDITION CD      CONDITION CD   OCCURRENCE CD/DATE    OCCURRENCE CD/DATE
                                   11    4/13/07
========================================================================
CHIEF COMPLAINT DESCRIPTION:       CHIEF COMPLAINT CODE:
   NUMBNESS LEFT SIDE
COMMENTS:


 PRINTED BY: GERMAINNKENNARD
 DATE: 11/13/2008
```

AWN000169

Houston Northwest Medical Center
Coding Summary                                                    final
Name:  Phillips, Nancy A          Account #: 0073788325      MR #:       209691
Date of Birth:  6/13/1962      Sex:        FEMALE      SSN:  456337729
Age at Admit:   44 years              Race:      Black          LOS:    1
Attend Phys:    00003191   Davis, George M.        F/C:    17  MCAID MGD-CON
Admit Date:     4/17/2007     Disch.  Date:      4/17/2007
Patient Type:   3      OP-ER Pat      Payor 1:
Det Pt Type:    65     Emergency Room  Payor 2:
Discharge Serv                        Payor 3:
Admit Dx:       782.0   SKIN SENSATION Discharge. Status: A  01 - Home/Self Ca
DRG              MDC     Weight  GMLOS   ALOS    Expect  Coder ID  Coded Date Final Date
                                                Reimb
                                                        102       4/23/2007 04/23/2007
Seq.  Diagnos
1     782.0   Disturbance of skin sensation
2     729.5   Pain in limb

                                                        4 Modifiers
Seq/EpisodeProcedure                            Start    End      1  2  3   4  5

                            Provider                              Role

Consult Performed By

AWN000170

Physician Documentation
Houston Northwest Medical Center
Name:NANCY PHILLIPS
Emergency Department
Age:44 years
Sex:Female
DOB:06/13/1962
Account#:073788325
SSN: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
Private MD:ramiz, naila
Arrival Date:04/17/2007
Time:10:54
MRN:000209691
Diagnosis:Paresthesia
Disposition Location:Home/Self Care
Incomplete Required Fields: Nurses notes reviewed., Disposition,
  Vital signs, Data reviewed, Counsel, Diagnosis, Social hx,
  Cardiovascular, Cardiac monitor, Pulse oximetry, Interpretations
Historical:
- Allergies: *No known Allergies;
- Home Meds:
 1. last doses of meds were 2 days ago, ambien 5 mg po q hs, risperdal
    50 mg po q hs, trazodone 150 mg po q hs, zoloft 10 mg ? po q am,
    abilify 30 mg po q hs, ;
 2. Sertraline Oral;
 3. Ambien PO;
 4. Trazodone PO;
 5. Abilify Oral;
 6. Risperdal PO;
- PMHx: Depression; Schizophrenia;
- PSHx: Tubal ligation;
- Immunization history:: Last tetanus immunization: unknown.
- Social history:: Uses tobacco products: cigarettes, 2 ppd. alcohol,
  Speaks fluent English. Denies drug usage.


Vital Signs:
04/17 BP 124/80; Pulse 85; Resp 18; Temp 99.6(O); Pulse Ox 100% on R/A;    tbw
11:00 Weight 137Lbs / 62.13Kg(R); Pain 6/10;
14:01 BP 124/80; Pulse 76; Resp 18; Pulse Ox 98% on ;                      td
17:33 BP 122/88; Pulse 80; Resp 16;                                        tw

Signatures:
Wilder, Tonya                    RN    tbw
davis, tony                            td




Name:NANCY PHILLIPS
MRN:000209691
Account#:073788325
Page 1 of 1

Nurse's Notes
Houston Northwest Medical Center
Name:NANCY PHILLIPS
Emergency Department
Age:44 years
Sex:Female
DOB:06/13/1962
Account#:073788325
SSN: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
Private MD:ramiz, naila
Arrival Date:04/17/2007
Time:10:54
MRN:000209691
Chief Complaint:Numbness, Other - left side numb
Disposition Location:Home/Self Care
Incomplete Required Fields: IV Infusions
Presentation:
04/17 Presenting complaint: Patient states: Left sided numbness since          tbw
10:58 saturday. Acuity: Level 3 Urgent. Method of arrival: Ambulated
      without assistance. Care prior to arrival: None.

Historical:
- Allergies: *No known Allergies;
- Home Meds:
  1. last doses of meds were 2 days ago, ambien 5 mg po q hs, risperdal
     50 mg po q hs, trazodone 150 mg po q hs, zoloft 10 mg ? po q am,
     abilify 30 mg po q hs, ;
  2. Sertraline Oral;
  3. Ambien PO;
  4. Trazodone PO;
  5. Abilify Oral;
  6. Risperdal PO;
- PMHx: Depression; Schizophrenia;
- PSHx: Tubal ligation;
- Immunization history:: Last tetanus immunization: unknown.
- Social history:: Uses tobacco products: cigarettes, 2 ppd. alcohol,
  Speaks fluent English. Denies drug usage.


Screening:
11:00 Nutritional screening: No deficits noted. Tuberculosis screening:      tbw
      Never had TB Possible symptoms: None. Suicide Screen is not
      applicable. Not Applicable. Exposure risk / Travel screening Travel
      out of country? No.

Vital Signs:
11:00 BP 124/80; Pulse 85; Resp 18; Temp 99.6(O); Pulse Ox 100% on R/A;      tbw
      Weight 137Lbs / 62.13Kg(R); Pain 6/10;
14:01 BP 124/80; Pulse 76; Resp 18; Pulse Ox 98% on ;                        td
17:33 BP 122/88; Pulse 80; Resp 16;                                          tw

Assessment:
16:05 Pain: Location of pain is left arm Pain is described as aching.        vml
      Neuro: Level of Consciousness is awake, alert, obeys commands,
      Oriented to person, place, time, PERRL Facial symmetry appears

Name:NANCY PHILLIPS
MRN:000209691
Account#:073788325
Page 1 of 2


     PRINTED BY: GERMAINNKENNARD
     DATE: 11/13/2008

normal, Gait is steady, Grips are equal bilaterally Speech is normal, Moves all extremities. EENT: Reports no EENT complaints. Cardiovascular: Chest pain is denied. Respiratory: Airway is patent Respiratory effort is even, Respiratory pattern is regular, Breath sounds are clear bilaterally. GI: Reports normal bowel habits. Genitourinary: Reports no difficulty with urination. Derm: Skin appears intact, feels dry. Musculoskeletal: ROM intact in all extremities.

17:33 General: Dr. Ramiz into see pt.        tw

Interventions:
11:00 Identification and allergy band placed on right wrist. Patient placed tbw
      in waiting room. Family accompanied patient.

Procedure:
15:57 CBC Ordered, BMP Ordered.        EDMS
15:58 CT Head w/o Contrast Ordered.        EDMS
16:18 Labs drawn & sent to lab.        vml

Observations:
10:54 Patient arrived in ED. Patient moved to Waiting.        jn2
10:57 Triage completed.        tbw
15:37 Patient moved to C05.        vml
15:48 Patient moved to C06.        tw
16:56 ANTENEH ROBA MD is Attending Physician. Medical Screening Complete    atr
17:29 naila ramiz is Referral Physician.        atr

Outcome:
17:29 ER care complete, discharge ordered by MD.        atr
17:33 Pain Reassessment: Pain is unchanged at this time. Disposition:    tw
      Discharged to home ambulatory, with family. Condition: stable.
      Discharge instructions given to patient, Instructed on smoking
      cessation, follow up care, medication usage, Demonstrated
      understanding of instructions, medications, Prescriptions given X1.
      Work/School excuse given. one day off.
17:37 Patient left the ED.        tw

Signatures:
Medhost, Dispatcher                EDMS
ROBA, ANTENEH            MD   atr
Maxwell, Victoria         RN   vml
Wright, Theresa          RN   tw
Wilder, Tonya           RN   tbw
davis, tony              td
Nelson, Jamie            jn2

Orders:
15:55 CBC, Written, ordered by gmd1, ordered for gmd1
15:55 BMP, Written, ordered by gmd1, ordered for gmd1
15:55 CT Head w/o Contrast, Written, ordered by gmd1, ordered for gmd1

Name:NANCY PHILLIPS
MRN:000209691
Account#:073788325
Page 2 of 2

PRINTED BY: GERMAINNKENNARD
DATE: 11/13/2008

Houston Northwest Emergency Department
Discharge Instructions for: NANCY PHILLIPS

# Houston Northwest Medical Center

**Emergency Department**
710 FM 1960 W.
Houston, Texas 77090
281-440-2146

**DISCHARGE INSTRUCTIONS FOR:**     **NANCY PHILLIPS**
**FOR TODAY'S VISIT ON:**     **Tuesday 4/17/2007**

Thank you for using Houston Northwest Medical Center for your care today. It is important for you to know that the examination, treatment and x-ray reading you have received in the Emergency Care Center today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

### X-RAYS and LAB TESTS:

If you had x-rays today, they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get results. If there is a change in the x-ray diagnosis or a positive culture we will contact you. **(Make sure we have your local phone number).** To sign out your X-rays to your doctor, please call 281-440-2316.

### MEDICATIONS:

If you received a prescription for medication(s) today it is important that when you fill this you let the pharmacists know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Care provided by ANTENEH ROBA MD with the diagnosis of Paresthesia.**

**Thanks again for using Houston Northwest Medical Center for your treatment today. The discharge instructions for today's visit are outlined below.**

- PARAESTHESIAS (Neuropathy)
naila ramiz (Int. Med. )
- Call referral doc in 2-3 days for re-evaluation
- Work Release Form - 2 day

### Special Notes:

I sided pain (extremities)

I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).

_Nancy Phillips_
NANCY PHILLIPS
MRN # 000209691
ACCT # 073788325

_[signature]_
ED Physician or Nurse

ACCT#073788325 MR#000209691
PHILLIPS, NANCY A
06/13/1962 F44 3191-DAVIS, GEORGE M -
Houston Northwest Medical Center 04/17/2007 65 3

PRINTED BY: GERMAINNKENNARD
DATE: 11/13/2008

E K P 1 1 0 6 7 7

TIME SEEN:_____ ☐ on arrival   ROOM:_____ ☐ EMS Arrival
HISTORIAN:   patient   spouse   paramedics_____
__HX / __EXAM LIMITED BY: _____

# HPI

*\* HNMER\**

**chief complaint:** weakness   paresthesia   facial droop   falling
difficulty standing / walking   impaired speech

_____ x 4d
Paresthesia

**started:**
_____
X 4d
                              sudden / gradual onset
                              constant / intermittent
gone now   better   continues in ED     noted on awakening
greater than 3 hours   cannot confirm onset

**severity:**   (mild)   moderate   severe
**context:** _____

**character of deficit(s):**
new weakness _____
 • RUE  RLE  LUE  LLE   R/L facial   general (diffuse)

altered sensation_____
 • RUE  RLE  LUE  LLE   R/L facial

vision problem_____

impaired speech / swallowing   • difficult   unable_____

decreased ability to stand / walk _____
 • weak  / difficult   off balance   cannot walk   cannot stand

falling_____

Usually-   walks w/o assistance     stands for transfers
           uses a cane / walker     bed-ridden
           walks only w/ assistance   unable to sit up
           unable to walk

**associated symptoms:**
altered mental status   unchanged from baseline_____
 • disoriented  / confused   agitated   trouble concentrating / thinking
   decreased responsiveness   unresponsive

Usually-   alert, oriented x3       alert but confused
           alert but disoriented to time   poor alertness

Similar symptoms previously_____

Recently seen / treated by doctor_____

© 1996 - 2006 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

46   **Houston Northwest Medical Center**
**EMERGENCY PHYSICIAN RECORD**
**Neuro Symptoms / Deficit**   (5)

## ROS

| NEURO | CONST |
|---|---|
| headache_____ | fever_____ |
| neck pain_____ | EYES / ENT |
| unsteady gait_____ | trouble w/ vision_____ |
| passed out / seizure_____ | sore throat_____ |
| head injury_____ | GI / GU |
|  | nausea_____ |
| dizziness_____ | vomiting_____ |
|   vertigo   lightheadedness | abdominal pain_____ |
|  | diarrhea_____ |
| PULMONARY | black / bloody stools_____ |
| chest pain_____ | trouble urinating_____ |
| palpitations_____ | SKIN / LYMPH / MS |
| cough_____ | rash / swelling_____ |
|   sputum_____ | joint pain_____ |
| trouble breathing_____ | back / neck pain_____ |
|  | ☑ all systems neg except as marked |

**PAST HX** __negative
stroke / TIA_____                         back injury_____
_____              diabetes Type I   Type 2_____
high blood pressure_____                  diet / oral / insulin._____
heart disease_____                        lung disease_____
high cholesterol_____                     migraine headaches_____
seizure disorder_____                     HIV / AIDS_____
cancer_____                               insect bite_____
_____              exposure to tick / Lyme dz_____

Surgeries / Procedures   (none)   cholecystectomy_____
CABG_____                       appendectomy_____
pacemaker_____                  hysterectomy_____
back surgery_____               tonsillectomy_____
carotid endarterectomy_____

Medications   __none  (see nurses note)     Allergies   __NKDA
ASA  NSAIDs   acetaminophen                 see nurses note
coumadin     heparin._____

**SOCIAL HX**   smoker_____   drug use / abuse___ ___
recent ETOH_____             nursing home resident_____

**FAMILY HX**   stroke   migraines   CAD_____
CNS cancer_____             cerebral aneurysm_____

ACCT#073788325 MR#000209691
**PHILLIPS, NANCY A**
06/13/1962 F44 3191-DAVIS, GEORGE M ·
Houston Northwest Medical Center 04/17/2007 65 3

AWN000175

☐ Nursing Assessment Reviewed   ☐ Vitals Reviewed

## PHYSICAL EXAM

**General Appearance**
- ✓ no acute distress
- ✓ alert
- __ mild / moderate / severe distress _____
- __ lethargic / obtunded _____
- __ apneic _____

**HEENT**
- ✓ no apparent trauma
- ✓ EOM's intact
- ✓ PERRL
- __ scleral icterus / pale conjunctivae _____
- __ depr'sd gag reflex / poor handling of secretion
- __ EOM palsy _____
- __ unequal pupils _____
- R pupil ____ mm  L pupil ____ mm
- __ abnormal funduscopic / papilledema _____

- ✓ ENT inspection nml
- ✓ pharynx nml
- ✓ airway intact
- ✓ oral exam nml
- __ pharyngeal erythema / exudate _____
- __ Battle's sign / TM blood _____
- __ tenderness / swelling / ecchymosis _____
- __ dry mucous membranes _____

**NEURO / PSYCH**
- **higher functions**
  - ✓ oriented x3
  - ✓ mood / affect nml
  - ✓ nml speech
  - cognition
- __ abnormal response to commands _____
- no response  eyes open  slow  inappropriate
- __ abnormal response to pain _____
- withdraws  flexor  extensor  none
- __ dysarthria _____
- __ aphasic  expressive / receptive _____
- __ disoriented to  person / place / time _____
- __ speech / cognition abnormalities _____

- **cranial nerves-**
  - ✓ normal as tested
- __ facial palsy _____
- forehead:  involved  spared
- __ tongue deviation ( to R / L ) _____

- **cerebellar-**
  - ✓ normal as tested
- __ abnormal Romberg / gait / finger-nose test _____

- **peripheral exam-**
  - ✓ no motor deficit
  - ✓ no sensory deficit
  - ✓ reflexes nml
- __ weakness / hemiparesis / hemiplegia / dyspraxia _____

- __ pronator drift ( RUE / LUE ) _____
- __ altered light-touch / pin-prick / 2-pt discrimin.
- __ tremor / abnormal movements _____
- __ Babinski reflex ( R / L ) _____

**NECK**
- ✓ supple
- ✓ non-tender
- ✓ no carotid bruit
- __ cerv. lymphadenopathy _____
- __ stiff neck / meningismus _____
- __ carotid bruit _____

**RESPIRATORY**
- ✓ no resp. distress
- ✓ breath sounds nml
- __ respiratory distress _____
- __ wheezes / rales / rhonchi _____

**CVS**
- ✓ reg. rate, rhythm
- ✓ heart sounds nml
- __ tachycardia / bradycardia / irreg. irreg. rhythm
- __ JVD present _____
- __ murmur  grade ____ /6  sys / dias _____
- __ gallop ( S3 / S4 ) _____
- __ pulse deficit ( R / L ) _____

**ABDOMEN**
- ✓ non-tender
- ✓ no organomegaly
- __ guarding _____
- __ hepatomegaly / splenomegaly / mass _____

**RECTAL EXAM**
- __ nml rectal exam
- __ heme neg. stool
- __ decreased rectal tone _____

**SKIN**
- ✓ color nml, no rash
- ✓ warm, dry
- __ cyanosis / diaphoresis / pallor _____
- __ ecchymosis _____
- __ rash / embolic lesions _____

**EXTREMITIES**
- ✓ non-tender
- ✓ normal ROM
- ✓ no pedal edema
- __ pedal edema _____
- __ Homan's sign _____
- __ CORDS _____

Neuro Symptoms Deficit-46

---

## LABS, EKG & XRAYS

**CBC**
- ✓ normal except
- WBC _____
- Hgb _____
- Hct 35·5 _____
- Platelets _____
- segs _____
- bands _____
- lymphs _____
- monos _____
- eos _____

**Chemistries**
- ✓ normal except
- Na _____
- K _____
- Cl _____
- $CO_2$ _____
- Ca _____
- Glu 158 _____
- Creat _____
- Bun _____

**UA**
- normal except
- WBC _____
- RBC _____
- bacteria _____
- dip: _____

**EKG MONITOR STRIP** __ NSR ____ Rate _____

**EKG** __ NML  ☐ Interp. by me  ☐ Reviewed by MD  Rate _____
__ NSR ____ nml intervals ____ nml axis ____ nml QRS ____ nml ST/T

not / changed from: _____

**CXR** ☐ Interp. by me  ☐ Reviewed by MD  ☐ Disc'sd w/ radiologist
__ nml/NAD ____ no infiltrates ____ nml heart size ____ nml mediastinum

not / changed from: _____

**Head CT**
- ✓ normal _____

**Pulse Ox** ____ % on RA / ____ L / ____ % Interp _____

## PROGRESS

Time _____ unchanged _____ improved _____ re-examined
*[handwritten progress notes]*

Discussed with Dr. _____ Time _____
will see patient in:  ED / hospital / office

☐ Counseled patient / family regarding:   Additional history from:
lab / rad. results ☐ diagnosis ☐ need for follow-up  family  caretaker  paramedics
__ prior records ordered ____ Rx given

CRIT CARE TIME  (excluding separately billable procedures)
30-74 min   75-104 min ____ min

## CLINICAL IMPRESSION

| | |
|---|---|
| Transient Ischemic Attack | Intracerebral Hemorrhage |
| CVA (Stroke) | Subarachnoid Hemorrhage |
| hemorrhagic  non-hemorrhagic | Subdural / Epidural Hematoma |
| Bell's Palsy | Sepsis / Meningitis / Encephalitis |
| Epidural Abscess / Mass | Metastatic Cancer |

*[handwritten]*

**DISPOSITION-** ☐ transferred ☐ observation ☐ home ☐ admit
☐ expired ☐ AMA ☐ elopement ☐ DOA
**CONDITION-** ☐ good ☐ fair ☐ poor ☐ critical ☐ stable
☐ unchanged

_____ **MLP SIGNATURE**

**ATTENDING NOTE:**
__ MLP's history reviewed, patient interviewed and examined.
Briefly, pertinent HPI is:

*[handwritten Physician Signature] # 12*

**Physician Signature** _____ **Date** _____

ACCT#073788325  MR#000209691
PHILLIPS, NANCY A
06/13/1962 F44 3181-DAVIS, GEORGE M
Houston Northwest Medical Center 04/17/2007  05 3

Page 2 of 2

AWN000176

## Houston Northwest Medical Center
### Clinical Laboratory
### North Houston Pathology Associates, L.L.P.
710 F.M. 1960 West
Houston, Texas 77090

Telephone: (281) 440-2160

---

| | | | |
|---|---|---|---|
| Patient Name: | **PHILLIPS, NANCY A** | Medical Record No: | **000209691** |
| Date Of Birth: | **06/13/62** | Encounter No: | **073788325** |
| Age: | **44Y** | Admit Date: | **04/17/07** |
| Sex: | **F** | Discharge Date: | **04/17/07** |
| Physician: | **DAVIS, GEORGE M, MD** | | |
| Diagnosis: | | | |

---

### DEPT: HEMATOLOGY SECTION

**CBC**

| | 04/17/07 16:15 | Reference | Units |
|---|---|---|---|
| WBC | 8.4 | 3.8-11.6 | K/cumm |
| RBC | 4.14 | 3.70-5.10 | M/cumm |
| HEMOGLOBIN | 12.0 | 12.0-15.0 | gm/dl |
| HEMATOCRIT | 35.5 L | 35.7-44.8 | % |
| MCV | 86 | 80-100 | fl |
| MCH | 29.0 | 26.2-33.8 | pg |
| MCHC | 33.8 | 31.7-35.1 | gm/dl |
| RDW | 13.0 | 11.3-14.5 | % |
| PLATELET | 283 | 130-408 | K/cumm |
| SEGS | 65 | 50-70 | % |
| LYMPHS | 29 | 20-40 | % |
| MONOS | 4 | 1-10 | % |
| EOS | 2 | 1-5 | % |
| BASOPHILS | 0 | 0-2 | % |
| SEGS,ABSOLUTE COUNT | 5.4 | 1.90-7.20 | K/cumm |
| LYMPHS,ABSOLUTE COUNT | 2.4 | 1.10-2.70 | K/cumm |
| MONOS,ABSOLUTE COUNT | 0.3 | 0.30-0.80 | K/cumm |
| EOSINOPHILS, ABSOLUTE COUNT | 0.2 | 0.00-0.50 | K/cumm |
| BASOPHILS, ABSOLUTE COUNT | 0.0 | 0.00-0.10 | K/cumm |

### DEPT: CHEMISTRY SECTION

### Basic Metabolic Panel

| | 04/17/07 16:15 | Reference | Units |
|---|---|---|---|
| SODIUM | 136 | 135-145 | mmol/L |
| POTASSIUM | 3.7 | 3.6-5.0 | mmol/L |
| CHLORIDE | 107 | 101-111 | mmol/L |
| CO2 | 26 | 21-31 | mmol/L |
| CALCIUM | 9.0 | 8.5-10.5 | mg/dl |
| GLUCOSE | 158 H | 70-100 | mg/dl |

***** **LAB DISCHARGED REPORT** *****

| | | | |
|---|---|---|---|
| Patient Name: | **PHILLIPS, NANCY A** | Location: | **ER POD C** |
| Patient Number: | **000209691** | Encounter Number: | **073788325** |
| Run Date and Time: | **05/17/07 04:45** | | |

PRINTED BY: GERMAINNKENNARD
DATE: 15/17/2008 **Medical Records Report**
Report Type:

AWN000177

# Houston Northwest Medical Center
**Clinical Laboratory**
**North Houston Pathology Associates, L.L.P.**
710 F.M. 1960 West
Houston, Texas 77090

Telephone: (281) 440-2160

---

| | | | | |
|---|---|---|---|---|
| Patient Name: | **PHILLIPS, NANCY A** | Medical Record No: | **000209691** | |
| Date Of Birth: | **06/13/62** | Encounter No: | **073788325** | |
| Age: | **44Y** | Admit Date: | **04/17/07** | |
| Sex: | **F** | Discharge Date: | **04/17/07** | |
| Physician: | **DAVIS, GEORGE M, MD** | | | |
| Diagnosis: | | | | |

---

| | 04/17/07 16:15 | Reference | Units |
|---|---|---|---|
| CREAT | 0.8 | 0.5-1.2 | mg/dl |
| BUN | 7 | 6-20 | mg/dl |

| | | | |
|---|---|---|---|
| Patient Name: | **PHILLIPS, NANCY A** | Location: | **ER POD C** |
| Patient Number: | **000209691** | Encounter Number: | **073788325** |
| Run Date and Time: | **05/17/07 04:45** | | |

PRINTED BY: GERMAINNKENNARD
DATE: Report Type: **Medical Records Report**

AWN000178

# HOUSTON NORTHWEST MEDICAL CENTER

**Tenet Houston Healthcare System**
http://www.tenethealth.com

710 FM 1960 West
Houston, TX 77090
Phone: 281-440-2300
FAX:    281-440-2574

## Diagnostic Imaging
### Preliminary Report

| XRAY (Plain films) | MRI |
|---|---|
| Ultrasound | Mammography |
| CT Scan | Nuclear Med |

**Patient:** Phillips, Nancy

**Date:** 4/17/07    **Room:** ER

**Exam:** CT Head

**M. D.:**

**Diagnosis:**

**COMMENTS:**

*Poor Original*

Neg

**RADIOLOGIST**

Please note this report is a PRELIMINARY REPORT. It is NOT to be construed as a final report.
Final signed report will follow. For any concerns please call: 281-397-2979

re-creatnd 3/13/6 HNMC Prelim Fax



ACCT#073788325  MR#000209691
**PHILLIPS, NANCY A**
06/13/1962 F44 3181-DAVIS, GEORGE M
Houston Northwest Medical Center  04/17/2007  65  3

AWN000179

```
04/17/07 1558     PHILLIPS,NANCY A                              000209691

06/13/62    44Y    F     EQE              A073788325            04/17/07 1756

04/17/07 1559   1777189    0003   DAVIS,GEORGE M

DAVIS,GEORGE M                   710 FM 1960 WEST               (281)440-2146
                                 HOUSTON, TX  77090

                                         DAVIS,GEORGE M


   Chk-in #   Order    Exam

    1777189    0003     3046    CT HEAD WO CONTRAST
                                Ord Diag: left side numbness
```

FINDINGS: The ventricles are normal in size. There is no evidence for intracranial hemorrhage or acute infarction. There is a small, focal hypodensity in the right parietal lobe. This is likely old, but is of unclear etiology. It may represent an area of gliosis.

IMPRESSION: No acute intracranial abnormality.

```
      Transcriptionist- Powerscribe
      Read By- ROBERT SCHOLL , M.D.
      Released By- ROBERT SCHOLL , M.D.
      Released Date Time- 04/17/07 1756
-------------------------------------------------------------------------
```

Final

                HOUSTON NORTHWEST MEDICAL CENTER - IMAGING DEPT

# Houston Northwest
### Medical Center
Tenet Texas

HNMLG

**1.   Financial Responsibility**

In consideration of services rendered or to be rendered to patient, the undersigned, whether he/she is the patient, patient's relative, patient's legal guardian, representative, agent, other individual or entity, hereby obligates himself/herself individually, to the hospital, physicians, surgeons, emergency department physicians, radiologists, pathologists, anesthesiologists, and consultants involved in the patient's care and agrees to pay for any and all charges and expenses incurred or to be incurred. It is agreed and understood that regardless of any and all assigned benefits/monies, I, as the designated responsible party, am responsible for the total charges for services rendered, and I further agree that all amounts are due upon request and are payable to the hospital, and the appropriate physicians, surgeons, emergency department physicians, radiologists, pathologists, anesthesiologists and consultants involved in patient's care and agree to pay for any and all charges and expenses incurred or to be incurred. It is further agreed and understood that should this account become delinquent and it becomes necessary for the account to be referred to an attorney or collection agency for collection or suit, I, as the designated responsible party or entity, shall pay all patient charges, reasonable attorney's fees and collection expenses. I agree that if this account results in a credit balance, the credit amount will be applied to any outstanding accounts, either current or bad debt. All delinquent accounts may be charged interest at the maximum rate allowed by law.

**2.   Assignment of Benefits to Hospital and Hospital-Based Physician**

In consideration of services rendered or to be rendered, I hereby irrevocably assign and transfer to the hospital, and hospital-based physicians (e.g., radiologists, pathologists, anesthesiologists, emergency department physicians) all rights, title and interest in all benefits/monies payable for services/supplies rendered, including but not limited to group medical/indemnity/self-insured/ERISA benefits/coverage, PIP, UIM/UM, auto/homeowner insurance, and in all causes of action against any party or entity that may be responsible for payment of benefits/monies regardless of whether or not I ultimately settle my claim with a non-admission of liability provision. I fully understand that in the event the hospital and/or hospital-based physicians files a claim on my behalf that the same does not impose any contractual obligation or otherwise upon the hospital and/or hospital-based physicians, and that, notwithstanding the irrevocable nature of this Assignment of Cause of Action and Benefits, I remain fully responsible for instituting, and am expressly authorized by the hospital and hospital-based physicians to institute, suit within the applicable statutes of limitations. I authorize the hospital and/or hospital-based physicians to appeal any denial under my appeal rights provision. It is hereby agreed and understood that any condition precedent, subsequent or otherwise, including, but not limited to, precertification, preauthorization, or second opinions shall remain the sole responsibility of the patient and/or the patient's family, legal guardian, representative or agent. I further understand that failure to pre-certify could result in reduced payments from patient's insurance company, leaving the undersigned financially responsible for the non-reimbursed portion of patient's bill. It is further agreed and understood that the obtaining of verification of benefits and/or precertification does not in any form or fashion relieve the patient or the patient's family, other individual or entity signing on behalf of patient, of any liability for the financial responsibility for goods and services provided or to be provided to patient by the hospital and/or hospital-based physicians and any other associated physician. I fully understand and agree that hospital and/or hospital-based physicians shall be entitled to full payment where a third-party accident is involved notwithstanding any benefits payable by a managed care payor on my behalf as third-party bears primary responsibility.

**3.   Assignment of Cause of Action and Benefits**

I, for good and valuable consideration receipt of which is hereby acknowledged, irrevocably assign and transfer, to the hospital, any and all claims, demands, suits, remedies, guarantees, liens and/or causes of action, at law or in equity, either in contract or in tort, statutory or otherwise, to the extent permitted by law, as well as any other claim, in whole or in part, which I may now have or may hereafter hold or possess, known or unknown, on account of, growing out of, relating to or concerning, whether directly or indirectly, proximately or remotely, any acts, omissions, events, transactions or occurrences that have occurred or failed to occur, which resulted in my injuries for which the hospital has provided and/or will provide medical goods and services to me. This Assignment of Cause of Action and Benefits shall be effective against any and all parties or entities that may bear or appear to bear liability for my injuries, including but not limited to, my employer, its direct and indirect subsidiaries, all of its officers, directors, agents, servants, successors, assigns and employees. I further assign and transfer to the hospital, any and all rights (including appeal rights), title and interest in any and all benefits, monies or other form of compensation paid or to be paid on my behalf as a result of this injury/illness. I fully understand that, notwithstanding the irrevocable nature of this Assignment of Cause of Action and Benefits, I remain solely responsible for instituting, and am expressly authorized by the hospital to institute, suit within the applicable statutes of limitations, and that the hospital is not in any form or fashion responsible for instituting suit on my behalf. I understand and agree that this Assignment does not relieve me of my liability or responsibility for any and all charges incurred as a result of medical goods and services provided to me by the hospital.

**4.   Medicare Patient's Assignment of Benefits and Release of Information**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize release of any information needed to act on this request. I request that payment of authorized benefits be made on my behalf. I assign payment for unpaid charges of the hospital and physician(s) for whom the hospital is authorized to bill in connection with its services. I understand I am responsible for any remaining balance not covered by Medicare or other insurance.

**5.   Legal Relationship Between Hospital and Physician**

All physicians and surgeons furnishing services to the patient, including the Emergency Department physicians, radiologists, pathologists, anesthesiologists and the like, are independent contractors with the patient and are not employees or agents of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered for the patient under the general and special instructions of the physician.

EID1 0604

**Conditions of Services**
Page 1 of 2

PRINTED BY: GERMAINNKENNARD
DATE: 11/13/2008

ACCT#073788325   MR# 000209691
**PHILLIPS, NANCY A**
DOB: 06/13/1962  F  44  3191 DAVIS, GEORGE M
04/17/2007 65 PHILLIPS, NANCY A

AWN000181