# Index of Exhibits

Exhibit A – Z        Exhibits attached to Amended Petition

Exhibit AA – ZZ      Exhibits attached to Amended Petition

Exhibit BBB          Case Workload of Connie Williams

# Exhibit BBB

Case Workload of Connie Williams

Connie Williams Workload
July 10, 2002 to April 1, 2003

**FELONIES** (Harris County)

1. State v. James Thomas Rodriguez
   **Cause No.** 0918728
   **Charge:** Bail Jump-Fail to App-Fel
   **File Date:** 07/23/02
   **Case Completion:** 10/24/08

2. State v. Melissa Marie Chandler
   **Cause No.** 0933206
   **Charge:** Poss CS PG 1 1- 4 Grams
   **File Date:** 12/12/02
   **Case Completion:** 03/07/03

3. State v. Angelica Marie Feese
   **Cause No.** 0932661
   **Charge:** Poss CS PG 1 4G - 200G
   **File Date:** 12/7/02
   **Withdrawal Date:** 1/27/03

4. State v. Cecil Kenneth Bray Jr.
   **Cause No.** 0931825
   **Charge:** Poss of CS PG 1<1G
   **File Date:** 11/27/02
   **Case Completion:** 1/17/03

5. State v. Jose Guadalupe Salinas
   **Cause No.** 0931640
   **Charge:** Murder
   **File Date:** 11/25/02
   **Case Completion:** 5/25/04

6. State v. George Edward Cunningham
   **Cause No.** 0930915
   **Charge:** Poss CS PG1 1-4 Grams
   **File Date:** 11/19/02
   **Case Completion:** 06/03/03

7. State v. Theodore Bates
   **Cause No.** 0930955
   **Charge:** Injury to Elderly
   **File Date:** 11/19/02
   **Case Completion:** 03/18/04

8. State v. Ralph Arnold Jackson
   **Cause No.** 0930468
   **Charge:** Theft under $1500 - 3rd Off
   **File Date:** 11/14/02
   **Appointed Date:** 01/03/03
   **Case Completion:** 06/03/03

9. State v. Eric Sherrod Mayes
   **Cause No.** 0930299
   **Charge:** Prostitution - 2nd
   **File Date:** 11/13/02
   **Appointed Date:** 12/11/02
   **Case Completion:** 04/15/03

10. State v. Angelo Laventino Flint
    **Cause No.** 0929972
    **Charge:** Agg Asslt Against Pb Servant
    **File Date:** 11/9/02
    **Appointed Date:** 1/16/03
    **Case Completion:** 09/25/03

11. State v. Angelo Laventino Flint
    **Cause No.** 0929973
    **Charge:** Take wpn from police officer
    **File Date:** 11/9/02
    **Appointed Date:** 1/16/03
    **Case Completion:** 09/26/03

12. State v. Jimmy Martely
    **Cause No.** 0929368
    **Charge:** Assault
    **File Date:** 11/3/02
    **Case Completion:** 3/14/03

13. State v. Francisco Rodriguez Reyes
    **Cause No.** 0924909

      **Charge:** Man/Del CS PG 1 over 400 grams
      **File Date:** 09/21/02
      **Case Completion:** 03/07/03

14. State v. Marco Antonio Cruz
    **Cause No.** 0924678
    **Charge:** Evade Arrest w/ Motor Vehicle
    **File Date:** 09/19/02
    **Case Completion:** 11/4/02

15. State v. Victor Manuel Saavedra
    **Cause No.** 0923221
    **Charge:** Poss CS PG 1 <1G
    **File Date:** 09/05/02
    **Case Completion:** 02/20/03

16. State v. Lynville Colston
    **Cause No.** 0923252
    **Charge:** Theft >= $500<$1,500
    **File Date:** 09/05/02
    **Case Completion:** 04/08/05

17. State v. Tristan Michael King
    **Cause No.** 0918612
    **Charge:** Forgery
    **File Date:** 07/22/02
    **Case Completion:** 11/12/02

18. Sate v. Lucia Marie Pena
    **Cause No.** 0918319
    **Charge:** Poss CS PG 1 <1G
    **File Date:** 07/19/02
    **Case Completion:** 01/07/03

19. State v. Mayvonne Hall Sanchez
    **Cause No.** 1125187
    **Charge:** DWI 1st Offender BAC .08
    **File Date:** 07/13/02
    **Case Completion:** 10/08/03

20. State v. Christopher Clover
    **Cause No.** 0917606
    **Charge:** Poss Marij 4 oz. - 5 lbs.
    **File Date:** 07/11/02
    **Case Completion:** 10/19/05

21. State v. *J.B. Gladney*
    **Cause No.**   0917610
    **Charge:** Poss CS PG 1 <1G
    **File Date:** 07/11/02
    **Case Completion:** 10/17/02

22. State v. Tristan Michael King
    **Cause No.**   0916998
    **Charge:** Forgery
    **File Date:** 07/05/02
    **Case Completion:** 11/12/02

23. State v. James Lee Becker
    **Cause No.** 0916239
    **Charge:** Poss CS PG 1 <1G
    **File Date:** 06/26/02
    **Case Completion:** 10/18/02

24. State v. James Lee Becker
    **Cause No.** 0916240
    **Charge:** Tamper/Fabricate Evidence
    **File Date:** 06/26/02
    **Withdrawal Date:** 09/15/03

25. State v. Ruby Lockett Gabriel
    **Cause No.**   0914497
    **Charge:** Theft Under $1500 - 3rd offense
    **File Date:** 06/08/02
    **Case Completion:** 12/17/02

26. State v. Thien V. Chau
    **Cause No.** 0914390
    **Charge:** Agg Assault w/ Deadly Wpn
    **File Date:** 06/07/02
    **Case Completion:** 09/24/02

27. State v. Dominic Daniel Davis
    **Cause No.** 0914419
    **Charge:** Poss CS PG 1 <1G
    **File Date:** 06/07/02

**Case Completion:** 12/30/02

28. State v. Lena Lockett Ford
    **Cause No.** 0913775
    **Charge:** Poss CS PG 1<1G
    **File Date:** 06/01/02
    **Case Completion:** 04/24/07

29. State v. Hayward Lavann Ford Jr.
    **Cause No.** 0913597
    **Charge:** Poss CS PG 1<1G
    **File Date:** 05/30/02
    **Case Completion:** 09/30/02

30. State v. Randolph Williams
    **Cause No.** 0913083
    **Charge:** Man/Del CS PG III/IV over 400
    **File Date:** 05/24/02
    **Case Completion:** 08/30/07

31. State v. Patrick Harold Austin
    **Cause No.** 0912939
    **Charge:** Poss Marij 4 oz. - 5 lbs.
    **File Date:** 05/23/02
    **Case Completion:** 01/27/03

32. State v. Gordon Lamar Johnson
    **Cause No.** 0912965
    **Charge:** Obtain Drugs by Fraud-Sch III
    **File Date:** 05/23/02
    **Case Completion:** 12/10/04

33. State v. Wayne Anthony Strange
    **Cause No.** 0912756
    **Charge:** Poss w/ Int Del CS PGI>=4<200
    **File Date:** 05/22/02
    **Appointment Date:** 07/26/02
    **Case Completion:** 12/02/02

34. State v. Debra Gale Griggs
    **Cause No.** 0911645
    **Charge:** Theft $100K-200K Pub Serv
    **File Date:** 05/10/02
    **Case Completion:** 09/16/02

35. State v. Misty Michelle Schuetze
    **Cause No.** 0911044
    **Charge:** Poss CS PG 1 <1G
    **File Date:** 05/05/02
    **Case Completion:** 01/02/03

36. State v. Felipe Pena
    **Cause No.** 0910673
    **Charge:** Man/Del CS PG 1 Over 400g
    **File Date:** 05/02/02
    **Case Completion:** 07/21/03

37. State v. Rafael Melendez Figueroa
    **Cause No.** 0910674
    **Charge:** Man/Del CS PG 1 over 400g
    **File Date:** 05/02/02
    **Withdraw Date:** 07/07/02

38. State v. Amado Cedano
    **Cause No.** 0910675
    **Charge:** Man/Del CS PG 1 over 400g
    **File Date:** 05/02/02
    **Case Completion:** 07/15/05

39. State v. Lula Garden Iniguez
    **Cause No.** 0910174
    **Charge:** Man/Del CS PG II 4 - 400g
    **File Date:** 04/27/02

**Case Completion:** 01/08/03

40. State v. Erick Dewayne Chandler
    **Cause No.** 0907694
    **Charge:** Felon Poss Wpn
    **File Date:** 04/03/02
    **Withdrawal Date:** 08/02/02

41. State v. Christopher Robinson
    **Cause No.** 0905227
    **Charge:** Poss Marij 4 oz - 5 lbs
    **File Date:** 03/12/02
    **Case Completion:** 11/11/02

42. State v. Henry E. Duncan Jr.
    **Cause No.** 0904309
    **Charge:** Poss CS PG 1 200-400 Grams
    **File Date:** 03/03/02
    **Appointed Date:** 10/01/02
    **Case Completion:** 11/11/02

43. State v. Marcus Wayne Williams
    **Cause No.** 0903632
    **Charge:** Arson
    **File Date:** 02/25/02
    **Case Completion:** 08/04/05

44. State v. John James Belda
    **Cause No.** 0903633
    **Charge:** Arson
    **File Date:** 02/25/02
    **Case Completion:** 07/31/02

45. State v. Kendrick Stewart
    **Cause No.** 0884825
    **Charge:** Capital Murder
    **File Date:** 08/11/01
    **Case Completion:** 08/23/02

46. State v. Nekol Lannette Smith
    **Cause No.** 0891940
    **Charge:** Engaging in Org Crim Activity
    **File Date:** 10/25/01
    **Case Completion:** 07/22/02

47. State v. Chadwick Williams
    **Cause No.** 0893740
    **Charge:** Agg Assault w/ Deadly Weapn
    **File Date:** 11/13/01
    **Case Completion:** 08/11/03

48. State v. Mitchell Johnson
    **Cause No.** 0896336
    **Charge:** Assault-Bod Inj-Pub Serv/Retal
    **File Date:** 12/10/01
    **Case Completion:** 09/17/02

49. State v. Mitchell Johnson
    **Cause No.** 0896335
    **Charge:** Evade Arrest w/Motor Vehicle
    **File Date:** 12/10/01
    **Case Completion:** 09/18/02

50. State v. Tristan James Evans
    **Cause No.** 0901172
    **Charge:** Agg Robbery-Deadly Wpn
    **File Date:** 01/31/02
    **Case Completion:** 09/06/02

51. State v. Mckinley F. Hardy
    **Cause No.** 0944679
    **Charge:** Man/Del CS PG I <1gram
    **File Date:** 04/04/03
    **Case Completion:** 09/19/03

52. State v. Cleveland Howard
    **Cause No.** 0941996
    **Charge:** Assault Bodily Injury Fam Mem
    **File Date:** 03/11/03
    **Case Completion:** 05/01/03

53. State v. Marqua Jamel Sauls
    **Cause No.** 0938913
    **Charge:** Agg Sex Assault
    **File Date:** 02/10/03
    **Case Completion:** 06/17/04

54. State v. Marqua Jamel Sauls
    **Cause No.** 0938914
    **Charge:** Agg Robbery-Deadly Wpn
    **File Date:** 02/10/03
    **Case Completion:** 06/17/04

55. State v. Jerrance Jerlane Perry
    **Cause No.** 0938274
    **Charge:** Agg Sex Asslt Child-Under 14
    **File Date:** 02/03/03
    **Case Completion:** 04/06/04

56. State v. Jerrance Jerlane Perry
    **Cause No.** 0938275
    **Charge:** Criminal Solicitation of a Min
    **File Date:** 02/03/03
    **Case Completion:** 04/06/04

57. State v. Jerrance Jerlane Perry
    **Cause No.** 0938276
    **Charge:** Agg Sex Asslt Child-Under 14
    **File Date:** 02/03/03
    **Case Completion:** 04/06/04

58. State v. Jerrance Jerlane Perry
    **Cause No.** 0938277
    **Charge:** Criminal Solicitation of a Min
    **File Date:** 02/03/03
    **Case Completion:** 04/06/04

59. State v. Edgar Santos
    **Cause No.** 0937954
    **Charge:** Poss Marij 5 - 50 lbs
    **File Date:** 01/30/03
    **Case Completion:** 02/06/08

60. State v. Carlos Monteiro
    **Cause No.** 0937955
    **Charge:** Poss Marij 5 -50 lbs
    **File Date:** 01/30/03
    **Case Completion:** 04/17/09

61. State v. Milton Joel Andrade
    **Cause No.** 0936427
    **Charge:** Poss CS PG 4 over 400 g
    **File Date:** 01/17/03
    **Appointed Date:** 01/29/03
    **Case Completion:** 02/05/03

62. State v. Milton Joel Andrade
    **Cause No.** 0936428
    **Charge:** Poss w/int del CS PG>=4<200
    **File Date:** 01/17/03
    **Appointed Date:** 01/29/03
    **Case Completion:** 02/05/03

63. State v. Wendell Roy Mitchell
    **Cause No.** 0938121
    **Charge:** Poss CS PG 1 <1G
    **File Date:** 02/01/03
    **Case Completion:** 07/11/03

64. State v. Brandon Dru Fischer
    **Cause No.** 0936198
    **Charge:** Burglary of Habitation
    **File Date:** 01/15/03

**Case Completion:** 04/27/04

65. State v. Lucia Torres Jones
    **Cause No.** 0936180
    **Charge:** Man/Del CS PG 1 over 400 g
    **File Date:** 01/15/03
    **Case Completion:** 09/23/03

**FELONIES (Fort Bend County)**

66. State v. Joshua Lee Vanportfleet
    **Cause No.** 037246
    **Charge:** CT I Poss CS w/ Intent to Del
    **File Date:** 11/25/02
    **Case Completion:** 10/20/03

67. *State v. Steven Anthony Cervantes*
    **Cause No.** 037636
    **Charge:** PCS/SJ-Felony
    **File Date:** 02/10/03
    **Case Completion:** 09/09/03

68. State v. Billy Joe Kusey
    **Cause No.** 035567
    **Charge:** Possession of CS/SJF
    **File Date:** 12/03/01
    **Case Completion:** 01/09/04

**MISDEMEANORS (Harris County)**

69. State v. Kenneth Joseph Eaglin
    **Cause No.** 1146256
    **Charge:** Terroristic Threat
    **File Date:** 11/25/02
    **Case Completion:** 9/15/03

70. State v. Anthony Ortiz
    **Cause No.** 1146122
    **Charge:** DWI 1st Offender BAC .08
    **File Date:** 11/24/02
    **Withdraw Date:** 12/02/02

71. State v. Gongora Jairo Ruiz
    **Cause No.** 1143183
    **Charge:** DWI 1st Offender BAC .08
    **File Date:** 11/6/02
    **Case Completion:** 4/6/04

72. State v. Kishawn Andrew Sheppard
    **Cause No.** 1150220
    **Charge:** Driving While Lic Suspended
    **File Date:** 12/22/02
    **Case Completion:** 2/18/03

73. State v. Melissa Marie Chandler
    **Cause No.** 1148659
    **Charge:** DWI 2nd Offender BAC .08
    **File Date:** 12/12/02
    **Case Completion:** 3/3/03

74. State v. Melissa Marie Chandler
    **Cause No.** 1148660
    **Charge:** Poss Marij 0 - 2 oz.
    **File Date:** 12/12/02
    **Case Completion:** 03/03/03

75. State v. Marcus Rashan Woodard
    **Cause No.** 1140071
    **Charge:** Unlaw Carry Wpn
    **File Date:** 10/16/02
    **Case Completion:** 12/6/02

76. State v. Steven Wayne Hart
    **Cause No.** 1137359
    **Charge:** Assault - Family Member
    **File Date:** 09/28/02
    **Case Completion:** 02/20/03

77. State v. Valerie Elaine Green
    **Cause No.** 1137808
    **Charge:** False Report to Police Officer

**File Date:** 10/1/02
**Case Completion:** 01/03/03

78. State v. Jason Mitchell Hill
    **Cause No.** 1136601
    **Charge:** Poss Marij 0-2 oz
    **File Date:** 9/23/02
    **Case Completion:** 8/4/03

79. State v. Christopher Clover
    **Cause No.** 1136150
    **Charge:** Assault
    **File Date:** 09/21/02
    **Case Completion:** 10/25/02

80. State v. Luis Alberto Villalobos
    **Cause No.** 1135600
    **Charge:** Assault - Bodily Injury
    **File Date:** 09/17/02
    **Case Completion:** 12/23/03

81. State v. Brad Palmer Stewart
    **Cause No.** 1133934
    **Charge:** Driving while Lic Suspended
    **File Date:** 09/06/02
    **Case Completion:** 10/25/02

82. State v. Leota E. Runfola
    **Cause No.** 1133057
    **Charge:** DWI 1st offender BAC .08
    **File Date:** 08/31/02
    **Case Completion:** 10/23/03

83. State v. Valente Gomez
    **Cause No.** 1129990
    **Charge:** Failure to stop & give info
    **File Date:** 08/11/02
    **Appointed Date:** 08/19/02
    **Case Completion:** 10/4/02

84. State v. Hailu Gatechew Mekonnen
    **Cause No.** 1129459
    **Charge:** Theft - $50-$500
    **File Date:** 08/09/02
    **Case Completion:** 08/28/02

85. State v. Clay Stephen Wilson
    **Cause No.** 1123364
    **Charge:** Poss Marij 0 - 2 oz
    **File Date:** 07/1/02
    **Case Completion:** 08/27/02

86. *State v. Ryan Davis*
    **Cause No.** 1123451
    **Charge:** Theft >=$500<$1,5000
    **File Date:** 07/01/02
    **Case Completion:** 02/24/04

87. State v. Daniel Balderas Jr.
    **Cause No.** 1122957
    **Charge:** Unlaw Carry Wpn
    **File Date:** 06/29/02
    **Case Completion:** 08/29/02

88. State v. Patricia A. Freeman
    **Cause No.** 1161351
    **Charge:** Theft - $50 - $500
    **File Date:** 03/03/03
    **Case Completion:** 06/05/03

89. State v. Valerie Guzman
    **Cause No.** 1152671
    **Charge:** Poss Marij 0-2 oz
    **File Date:** 01/09/03
    **Case Completion:** 02/14/03

90. State v. Brando Dru Fischer
    **Cause No.** 1152973
    **Charge:** Harassing Communication
    **File Date:** 01/10/03
    **Case Completion:** 11/20/03

91. State v. Angela Joyce Johnson
    **Cause No.** 1157764
    **Charge:** Crim Misch >=$500 <$1500

      **File Date:** 02/09/03
      **Case Completion:** 05/07/03

92. State v. Patricia A. Freeman
    **Cause No.** 1161352
    **Charge:** Theft - $50 - $500
    **File Date:** 03/03/03
    **Case Completion:** 06/05/03

93. State v. Chilton Arvin Manley
    **Cause No.** 1163073
    **Charge:** Failure to Stop & Give Info
    **File Date:** 03/14/03
    **Case Completion:** 05/07/03

94. State v. Ernest Dean Hines
    **Cause No.** 1164722
    **Charge:** DWI 1st Offender BAC .08
    **File Date:** 03/24/03
    **Case Completion:** 06/01/04

95. State v. Kenneth A. Torregano
    **Cause No.** 1165709
    **Charge:** DWI 1st Offender BAC .08
    **File Date:** 03/31/03
    **Case Completion:** 07/19/04

100. State v. Christopher Lee Hogan
    **Cause No.** 1171323
    **Charge:** DWI 1st Offender BAC .08
    **File Date:** 05/04/03
    **Case Completion:** 06/03/03

101. State v. Terrell James Scott
    **Cause No.** 1115305
    **Charge:** ExParte
    **File Date:** 04/24/03
    **Case Completion:** 05/02/03

102. State v. Shannon Keith Roberson
    **Cause No.** 1111001
    **Charge:** Poss Marij 0-2 oz
    **File Date:** 04/13/02
    **Case Completion:** 07/22/02

103. State v. Karen S. Brandreth
    **Cause No.** 1113887
    **Charge:** DWI 1st Offender BAC .08
    **File Date:** 05/02/02
    **Appointed Date:** 05/22/02
    **Case Completion:** 09/26/03

104. State v. James Burnia Harris
    **Cause No.** 1122538
    **Charge:** Poss Marij 0-2 oz
    **File Date:** 06/26/02
    **Case Completion:** 11/12/02

105. State v. Shellie Renee Newcomer
    **Cause No.** 1121805
    **Charge:** DWI 2nd Offender BAC .08
    **File Date:** 06/22/02
    **Case Completion:** 08/16/02

106. State v. Shellie Renee Newcomer
    **Cause No.** 1121806
    **Charge:** Driving While Lic Suspended
    **File Date:** 06/22/02
    **Case Completion:** 08/16/02

107. State v. Shellie Renee Newcomer
    **Cause No.** 1121807
    **Charge:** Poss Marij 0 - 2 oz
    **File Date:** 06/22/02
    **Case Completion:** 08/16/02

108. State v. Terrell James Scott
    **Cause No.** 1115305
    **Charge:** DWI 1st Offender BAC .08
    **File Date:** 05/11/02
    **Case Completion:** 08/07/02

    **Cause No.** 102043
    **Charge:** DWI
    **File Date:** 12/06/02

**MISDEMEANORS (Fort Bend County)**

109. State v. Cody James Schlitzkus

**Case Completion:**06/06/03